IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NORTHPOINT TECHNOLOGY, LTD, | § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO. A09CA 506 JN |
| DIRECTV, INC.; ECHOSTAR CORPORATION; and DISH NETWORK CORPORATION, | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

**ORDER**

Came on to be considered an Agreed Motion to Extend Time to Submit the Parties' Joint Discovery Plan and Initial Disclosures. The Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the Agreed Motion to Extend Time to Submit the Parties' Joint Discovery Plan and Initial Disclosures is in all things GRANTED, and

(a) the Rule 26(f) deadline to submit a Joint Discovery Plan, or Joint Rule 26(f) Report, is extended to and including December 9, 2009; and

(b) the Rule 26(a)(1) and Rule 26(f) Initial Disclosures deadline is extended to and including December 15, 2009.

SIGNED this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE