IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NORTHPOINT TECHNOLOGY, LTD § § § | |
| Plaintiff, § | CAUSE NO. 1:09-cv-00506-JRN |
| § § | |
| v. § | |
| § § | |
| DIRECTV, INC., et al., § § | |
| Defendants. § | |

## APPENDIX TO DEFENDANT DIRECTV, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORY NOS. 1, 2 AND 6

Pursuant to Local Rule CV-7(b), Defendant DIRECTV, Inc. submits this Appendix to its Motion to Compel Responses to Interrogatory Nos. 1, 2, and 6, which contains the following supporting documents:

**Exhibit A**   Northpoint Technology, LTD.'s Supplemental Responses to DIRECTV Inc.'s First Set of Interrogatories (Nos. 1-8), served on August 6, 2010

**Exhibit B**   DIRECTV's First Supplemental Invalidity Contentions, with Attachment 8, served on July 9, 2010

**Exhibit C**   Defendant DIRECTV, Inc.'s First Set of Interrogatories, served on May 13, 2010

**Exhibit D**   Northpoint Technology, Ltd.'s Responses to DIRECTV, Inc.'s First Set of Interrogatories (Nos. 1-8), served on July 19, 2010

**Exhibit E**   Letter from Guy Ruttenberg with Kirkland & Ellis to Stephen F. Schlater with Goldstein, Faucett & Prebeg, dated July 21, 2010

**Exhibit F**   Northpoint's Initial Disclosures, served on December 15, 2009

**Exhibit G**   Plaintiff Northpoint Technology, LTD.'s First Set of Interrogatories to DIRECTV, Inc., served on May 3, 2010

| | |
|---|---|
| Dated: September 7, 2010 | Respectfully submitted, |
| | /s/ Alexander F. MacKinnon |
| J. Hampton Skelton | R. Alexander Pilmer (*pro hac vice*) |
| Texas Bar No. 18457700 | Alexander F. MacKinnon (*pro hac vice*) |
| Eva C. Ramos | Giam Nguyen (*pro hac vice*) |
| Texas Bar No. 20143100 | KIRKLAND & ELLIS LLP |
| SKELTON & WOODY | 333 South Hope Street |
| P.O. Box 1609 | Los Angeles, CA 90071 |
| Austin, TX 78767 | Telephone: (213) 680-8400 |
| Telephone: (512) 651-7000 | Facsimile: (213) 680-8500 |
| Facsimile: (512) 651-7001 | Email: alexander.pilmer@kirkland.com |
| Email: hskelton@skeltonwoody.com | alexander.mackinnon@kirkland.com |
| eramos@skeltonwoody.com | giam.nguyen@kirkland.com |

*Counsel for Defendant DIRECTV, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2010, I am electronically filing the foregoing with the Clerk of the Court using the Case Management/Electronic Case Files ("CM/ECF") system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Edward W. Goldstein<br>Alisa A. Lipski<br>GOLDSTEIN, FAUCETT & PREBEG, LLP<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1737<br>*Counsel for Plaintiff* | Rachel Krevans<br>Jason A. Crotty<br>Matthew A. Chivvis<br>Heather Bobkova<br>MORRISON FOERSTER<br>425 Market St.<br>San Francisco, CA 94105<br>Telephone: (415) 268-6381<br>Facsimile: (415) 268-7522<br>*Counsel for EchoStar Technologies L.L.C. and DISH Network L.L.C.* |

/s/ Eva C. Ramos
Eva C. Ramos