IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NORTHPOINT TECHNOLOGY, LTD<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | 1-09-CV-506 JRN |
| DIRECTV, INC,<br>ECHOSTAR TECHNOLOGIES LLC and<br>DISH NETWORK LLC.<br>    Defendants. | §<br>§<br>§<br>§ | |

### ORDER

Before the Court are Defendant DirecTV's Motion to Compel Responses to Interrogatory Nos. 1, 2, and 6, filed September 7, 2010 (Clerk's Dkt. #70); Plaintiff Northpoint's Opposition to DirecTV's Motion to Compel Responses to Interrogatory Nos. 1, 2, and 6, filed September 20, 2010 (Clerk's Dkt. #73); and DirecTV's Reply Brief in Further Support of its Motion to Compel Responses to Interrogatory Nos. 1, 2, and 6, filed September 30, 2010 (Clerk's Dkt. #76).  By its Order dated October 28, 2010 (Clerk's Dkt. #82), the Court ordered Northpoint to produce for in camera review documents that were responsive to DirecTV's Interrogatory No. 1 but that Northpoint claimed were protected by the attorney-client privilege or attorney work product doctrine.  On November 8, 2010, Northpoint produced the unredacted documents to DirecTV.  Pl.'s Notice of Serv. of Doc. Prod. Responsive to DirecTV, Inc.'s Interrog. No. 1, filed Nov. 8, 2010 (Clerk's Dkt. #85).

Because Northpoint has produced all documents responsive to DirecTV's Interrogatory No. 1, the Court now **DENIES** as moot DirecTV's Motion to Compel Response to Interrogatory No. 1.

SIGNED this 9th day of November, 2010.

/s/ Robert Pitman
ROBERT PITMAN
UNITED STATES MAGISTRATE JUDGE