AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Western District of Texas, Austin

| | | |
|---|---|---|
| Northpoint Technology, LTD., Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 09-CV-00506-JRN |
| DIRECTV Group, Inc., et al, Defendants | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on    06/21/2011    against    Northpoint Tech., LTD    ,
                                                                 *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 3,875.70 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 29,004.08 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 6,310.02 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| TOTAL | $ | 39,189.80 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service          ☐  First class mail, postage prepaid

☐  Other:  _____

s/ Attorney:   Diana B. Kruze

Name of Attorney:  Diana B. Kruze

For:        EchoStar Technologies L.L.C. and Dish Network Corporation          Date:    07/05/2011
                    *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of  _____  and included in the judgment.

_____          By:  _____          _____
*Clerk of Court*                              *Deputy Clerk*                                    *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2011, I am electronically filing the foregoing with the Clerk of the Court using the Case Management/Electronic Case Files ("CM/ECF") system, which will send notification of such filing to the following CM/ECF participants:

Edward W. Goldstein
Alisa A. Lipski
GOLDSTEIN & VOWELL, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile:  (713) 877-1737
  E-mail:egoldstein@gviplaw.com
   alipski@gviplaw.com

Jonathan T. Suder
David A. Skeels
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102
Telephone: (817) 334-0400
Facsimile:  (817) 334-0401
  E-mail:jts@fsclaw.com
   skeels@fsclaw.com

*Counsel for Plaintiff Northpoint Technology, Ltd.*

R. Alexander Pilmer *(pro hac vice)*
Alexander F. MacKinnon *(pro hac vice)*
Guy Ruttenberg *(pro hac vice)*
Giam Nguyen *(pro hac vice)*
Allison Buchner *(pro hac vice)*
Jason Choy *(pro hac vice)*
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
Email:  alexander.pilmer@kirkland.com
  alexander.mackinnon@kirkland.com
  guy.ruttenberg@kirkland.com
  giam.nguyen@kirkland.com
  allison.buchner@kirkland.com
  jason.choy@kirkland.com

*Counsel for Defendant DIRECTV, Inc.*

/s/ Eva C. Ramos

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| NORTHPOINT TECHNOLOGY, LTD, | § | |
| Plaintiff, | § | |
| v. | § | CAUSE NO. 1:09-cv-00506-JRN |
| DIRECTV, INC, et. al., | § | |
| Defendants. | § | |

**ECHOSTAR TECHNOLOGIES L.L.C. AND DISH NETWORK CORPORATION'S
DECLARATION OF DIANA B. KRUZE IN SUPPORT OF BILL OF COSTS**

I, Diana B. Kruze, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and admitted pro hac vice before this court.  I am an associate at the law firm of Morrison & Foerster LLP and serve as counsel for Defendants EchoStar Technologies L.L.C. and Dish Network Corporation ("EchoStar Defendants") in this case.  I could and would testify competently to the matters stated herein if called to do so.

2.      On June 21, 2011, the Court entered final judgment in favor of defendants. (ECF No. 163.)

3.      EchoStar Defendants are "prevailing parties" in this action because all of the asserted claims of U.S. 6,208,636 Patent were found invalid due to anticipation.

4.      Under Federal Rule of Civil Procedure 54(d)(1), EchoStar Defendants are presumptively entitled to recover their taxable costs.  Fed. R. Civ. P. 54(d)(1) ("[C]osts—other than attorney's fees—should be allowed to the prevailing party.").  "There is a strong presumption under Rule 54(d)(1) that the prevailing party will be awarded costs." *Cheatham v. Allstate Ins. Co.*, 465 F.3d 578, 586 (5th Cir. 2006).  The costs listed in 28 U.S.C. § 1920 are

sf-3014627

recoverable under Rule 54(d) absent explicit statutory or contractual authorization to the contrary. *See Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 444–45 (1987).

5.      Allowable costs under Federal Rule of Civil Procedure 54(d)(1) are further identified in 28 U.S.C. §§ 1821, 1920, 1923. EchoStar Defendants move for the following costs, all of which are allowable by law, are correctly stated, are documented, and were actually and necessarily performed or incurred during this litigation, including:

6.      **Fees for Reporters' Recorded Transcripts** in the amount of $3,875.70 (Exhibit A). These costs are taxable pursuant to 28 U.S.C. § 1920(2) as "[f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case." The March 3, 2011 hearing transcript was necessarily obtained to prepare EchoStar Defendants' post-claim construction papers and record references for Special Master Bayer. Court reporters' fees for depositions were necessary to obtain original and/or certified copies of deposition transcripts and videotapes that might have been used in trial. Defendants noticed and deposed only those individuals reasonably believed necessary to test the plaintiff's claims or who were reasonably believed to have information necessary for putting forth a defense, such as one of the lead inventors of the patents-in-suit and the prosecuting attorney. These costs are also specifically documented and invoiced.

7.      **Paper Copies and Electronic Discovery Costs** in the amount of $29,004.08 (Exhibit B). These costs are taxable pursuant to 28 U.S.C. § 1920(3) and (4) and include the costs for all paper copies and electronic scanning and production of documents. Paper copies were necessary to obtain copies of prior art materials, prepare for depositions, and provide the tutorial presentation to the Special Master Bayer. Electronic scanning of documents was necessary to review documents collected from the client and to prepare EchoStar Defendants'

defenses. Electronic scanning and processing and was used to produce documents to plaintiff that plaintiff requested in the case (in lieu of paper copies). All the copies claimed in the costs were therefore necessarily obtained for use in the case. These costs are also specifically documented and invoiced. Finally, the amount requested is reasonable, as EchoStar Defendants produced over 105,000 pages of documents in this case.

8.    **Compensation for Court-Appointed Special Master** in the amount of $6,310.02 (Exhibit C). These costs are taxable pursuant to 28 U.S.C. § 1920(6). On January 10, 2011, the Court appointed Mr. Karl Bayer as Special Master to schedule and review dispositive motions and claim construction papers, preside over the *Markman* hearing, and serve as a technical advisor to the Court. (ECF No. 106.) EchoStar Defendants paid for one-third of the costs for the services Special Master Bayer performed. These costs are also specifically documented and invoiced.

I declare under penalty of perjury under the laws of the State of California that the foregoing is based on personal knowledge, and is true and correct to the best of my knowledge and belief. Executed this 5th day of July, 2011, at San Francisco, California.

_____
Diana B. Kruze

# EXHIBIT A

## FEES FOR RECORDED TRANSCRIPTS

| TAB | DESCRIPTION | DATE | VENDOR | AMOUNT |
|---|---|---|---|---|
| 1. | Oral/Video Deposition of Carmen A. Tawil | 12/14/2010 | Julie A. Jordan & Co. | $812.81 |
| 2. | Oral/Video Deposition of Russell Culbertson | 1/21/2011 | Julie A. Jordan & Co. | $1,162.89 |
| 3. | Transcript of Summary Judgment/Markman Hearing | 3/3/2011 | Lily I. Reznik, USDC Court Reporter | $327.00 |
| 4. | Oral/Video Deposition of Edmund Petruzzelli | 3/7/2011 | US Legal Support | $1,573.00 |
| | | | Total | $3,875.70 |

sf-3012511

1

# Julie A. Jordan
## & COMPANY



PAID

BILL TO

Ms. Heather Bobkova
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA  94105-2482

| DATE | INVOICE # |
|------|-----------|
| 12/23/2010 | 10-259-3 |

| TERMS |
|-------|
| **Due on receipt** |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| In Re:  Northpoint Technology, Ltd. vs. DirecTV, Inc., et al | |
| | |
| Oral/Videotaped Deposition of Northpoint Limited Through Carmen A. Tawil, Volume 1, taken 12/14/10 | |
| Transcript Copy | 255.51 |
| Exhibit Pages | 89.10 |
| Litigation Support | 40.00 |
| Administration Fee | 20.00 |
| Delivery | 36.00 |

Tax ID #74-2889234

**GRAND TOTAL:**   **$440.61**

4420 Marathon Boulevard • Austin, Texas 78756
(512) 451-8243 • Fax (512) 451-7583 • Toll Free (877) 851-8243
info@jordanreporting.com• www.jordanreporting.com

## Sale - Approved

| | |
|---|---|
| Card Type | Visa |
| Card Number | XXXXXXXXXXXX6012 |
| Expiration Date | XXXX/XX |
| Date | 12/23/2010 |
| Time | 15:28:12 |
| Entry Source | Manual |
| Order ID | 10 259 3 |
| Authorization # | 043245 |
| Amount | 440.61 |

Customer Copy



**Julie A. Jordan**
**& COMPANY**

BILL TO

Ms. Heather Bobkova
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA  94105-2482

| DATE | INVOICE # |
|------|-----------|
| 1/31/2011 | 10-259-5 |

| TERMS |
|-------|
| **Due on receipt** |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| In Re:  Northpoint Technology, Ltd. vs. DirecTV, Inc., et al | |
| | |
| Oral/Videotaped Deposition of Northpoint Limtted Through Carmen A. Tawil, Volume 1, taken on 12/14/10 | |
| Videotaping Duplicate (MPEG1) | 148.00 |
| Videotaping Services *synch/conversion for LiveNote* | 199.20 |
| Postage and Handling | 25.00 |

Approved by: _Heather Bobkava lee_
Logon/CompNo: _13235/H1213_
Date: _1/31/11_
Client/Matter: _45403/45_

Tax ID #74-2889234

**GRAND TOTAL:**   **$372.20**

4420 Marathon Boulevard • Austin, Texas 78756
(512) 451-8243 • Fax (512) 451-7583 • Toll Free (877) 851-8243
info@jordanreporting.com • www.jordanreporting.com

2



RECEIVED

JAN 3 1 2011

MOFO - SF

BILL TO:

Ms. Heather Bobkova
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA  94105-2482

| DATE | INVOICE # |
|------|-----------|
| 1/25/2011 | 11-015-2 |

| TERMS |
|-------|
| **Due on receipt** |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| In Re: Northpoint Technology, Ltd. vs. DirecTV, Inc., et al. | |
| | |
| Oral/Videotaped Deposition of Russell D. Culbertson, Volume 1, taken on 1/21/11 | |
| Transcript Copy | 570.00 |
| Exhibit Pages | 72.45 |
| Litigation Support | 40.00 |
| Administration Fee | 20.00 |
| Postage and Handling | 64.64 |

Approved by: _Neal O. Bobkova_
Logon/CompNo: _132-35 / 111281_
Date: _1/31/11_
Client/Matter: _45403/98_

Tax ID #74-2889234

**GRAND TOTAL:  $767.09**

4420 Marathon Boulevard • Austin, Texas 78756
(512) 451-8243 • Fax (512) 451-7583 • Toll Free (877) 851-8243
info@jordanreporting.com • www.jordanreporting.com



BILL TO

Ms. Heather Bobkova
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA  94105-2482

| DATE | INVOICE # |
|------|-----------|
| 1/31/2011 | 11-015-5 |

| TERMS |
|-------|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| In Re:  Northpoint Technology, Ltd. vs. DirecTV, Inc., et al | |
| | |
| Oral/Videotaped Deposition of Russell D. Culbertson, Volume 1, taken on 1/21/11 | |
| Videotaping Duplicate (MPEG1) | 193.00 |
| Videotaping Services *synch/conversion for LiveNote* | 202.80 |

Approved by: _Heather Bobkovalie_
Logon/CompNo: _13235 / HRB_
Date: _1/31/11_
Client/Matter: _46403/48_

Tax ID #74-2889234                    GRAND TOTAL:   $395.80

4420 Marathon Boulevard • Austin, Texas 78756
(512) 451-8243 • Fax (512) 451-7583 • Toll Free (877) 851-8243
info@jordanreporting.com • www.jordanreporting.com

**3**

**From:** Lily Reznik [mailto:lreznik.fedcr@earthlink.net]
**Sent:** Thursday, March 10, 2011 1:11 PM
**To:** 'Laurie Brodeur'
**Subject:** RE: Expedited Transcript: No. 1:09-cv-00506-JRN Northpoint Technology, Ltd v. DIRECTV, Inc., et al.

Laurie,

I will email this transcript to you tomorrow when I've completed it.  Please send a check, payable to me, in the amount of $654.00.  I will send you the receipt along with the hard copy.  Thanks so much for your assistance.

Lily I. Reznik

U.S. District Court

200 West 8th Street

Austin, Texas 78701

**SKELTON & WOODY**
**OPERATING ACCOUNT**
P.O. BOX 1609
AUSTIN, TX 78767-1609
(512) 651-7000

THE FROST NATIONAL BANK
AUSTIN, TX 78761
30-009/1140

23141

3/10/2011

PAY TO THE
ORDER OF ___ Lily Reznik _____ $ **654.00

Six Hundred Fifty-Four and 00/100********************************************************************* DOLLARS

Lily Reznik

Debbie Dudley

MEMO

⑆023141⑆ ⑈114000093⑈ 350009296⑈

---

SKELTON &  WOODY / OPERATING ACCOUNT                                    23141

    Lily Reznik                                    3/10/2011
    Clt Exp:03                                                              654.00

*Markman hearing Transcript*
*(expedited)*

Frost Checking                                                            654.00

**4**

# STATEMENT

U.S. Legal Support
363 N. Sam Houston Parkway E.
Suite 900
Houston, TX 77060
Phone:713-653-7100 Fax:713-653-7143

| Account No. | Date |
|---|---|
| C36423 | 04/01/2011 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $1,573.00 | $0.00 | $0.00 |

| 90 Days | 120 Days & Over | Total Due |
|---|---|---|
| $0.00 | $0.00 | **$1,573.00** |

Jason A. Crotty
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 03/30/2011 | 91337262 | 1,020.50 | 03/07/2011 | Edmund Petruzzelli | Northpoint Technology, Ltd. vs. Directv, Inc., et al |
| 03/31/2011 | 91337722 | 552.50 | 03/07/2011 | Edmund Petruzzelli * Video | Northpoint Technology, Ltd. vs. Directv, Inc., et al |

APPROVED FOR PAYMENT
Date: 4/8/11
Client/Matter #: 45403-98
Employee #: 6474
Signature:

**Tax ID:** 74-2505835

Phone: 415-268-7627  Fax:415-591-7079

*Please detach bottom portion and return with payment.*

Jason A. Crotty
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105

| | | |
|---|---|---|
| Account No. | : | C36423 |
| Date | : | 04/01/2011 |
| **Total Due** | : | **$ 1,573.00** |

Remit To: **U.S. Legal Support**
**Texas Records & Reporting**
**P.O. Box 952172**
**Dallas, TX 75395-2172**

# INVOICE

U.S. Legal Support
363 N. Sam Houston Parkway E.
Suite 900
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91337262 | 3/30/2011 | 105930 |
| **Job Date** | **Case No.** | |
| 3/7/2011 | 1:09-CV-00506-JRN | |
| **Case Name** | | |
| Northpoint Technology, Ltd. vs. Directv, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jason A. Crotty
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105

TECHNICAL COPY DEPOSITION OF:
  Edmund Petruzzelli

1,020.50

Reference No.  : 19126

**TOTAL DUE  >>>**          **$1,020.50**

Thank you for your business.  If you have any questions, please call 713-653-7100,
Ex. 3845

APPROVED FOR PAYMENT
Date: 4/11/11
Client/Matter #: 45403 -98
Employee #: 0474
Signature:

*Please contact us immediately with questions or corrections regarding billing or payment.*
*No adjustments or refunds will be made after 120 days from date of payments.*

**Tax ID: 74-2505835**                    Phone: 415-268-7627   Fax:415-591-7079

*Please detach bottom portion and return with payment.*

Jason A. Crotty
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105

| | | | |
|---|---|---|---|
| Job No.  : 105930 | | BU ID   :1-HOU | |
| Case No.  : 1:09-CV-00506-JRN | | | |
| Case Name  : Northpoint Technology, Ltd. vs. Directv, Inc., et al | | | |
| Invoice No.  : 91337262 | | Invoice Date  :3/30/2011 | |
| **Total Due**  : **$ 1,020.50** | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                 Phone#:

Billing Address:

Zip:             Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **U.S. Legal Support**
          **Texas Records & Reporting**
          **P.O. Box 952172**
          **Dallas, TX  75395-2172**

# I N V O I C E

U.S. Legal Support
363 N. Sam Houston Parkway E.
Suite 900
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91337722 | 3/31/2011 | 105931 |
| **Job Date** | **Case No.** | |
| 3/7/2011 | 1:09-CV-00506-JRN | |
| **Case Name** | | |
| Northpoint Technology, Ltd. vs. Directv, Inc., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jason A. Crotty
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105

| | | | | |
|---|---|---|---|---|
| VIDEOTAPE SERVICES OF: | | | | 0.00 |
|   Edmund Petruzzelli * Video | | | | |
|     Videotape Copy CD/DVD | 4.00  Clips | @ | 60.00 | 240.00 |
|     Videotape Delivery | | | 30.00 | 30.00 |
| VIDEOTAPE SERVICES OF: | | | | 0.00 |
|   Edmund Petruzzelli * Video Sync | | | | |
|     Videotape Sync | 3.50  Hours | @ | 75.00 | 262.50 |
|     Video Conversion – CD/DVD/MPEG | | | 20.00 | 20.00 |
| | | **TOTAL DUE  >>>** | | **$552.50** |

Reference No.   :  Inv.20880 18948

Thank you for your business.

APPROVED FOR PAYMENT
Date:  4/11/11
Client/Matter #: 45403 -98
Employee #: 6474
Signature:

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 74-2505835

Phone: 415-268-7627    Fax:415-591-7079

*Please detach bottom portion and return with payment.*

Jason A. Crotty
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105

| | | | |
|---|---|---|---|
| Job No. | : 105931 | BU ID | :1-HOU |
| Case No. | : 1:09-CV-00506-JRN | | |
| Case Name | : Northpoint Technology, Ltd. vs. Directv, Inc., et al | | |
| Invoice No. | : 91337722 | Invoice Date | :3/31/2011 |
| **Total Due** | : **$ 552.50** | | |

Remit To: **U.S. Legal Support**
     **Texas Records & Reporting**
     **P.O. Box 952172**
     **Dallas, TX  75395-2172**

**PAYMENT WITH CREDIT CARD**   AMEX  [ ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

# EXHIBIT B

## PAPER COPIES AND E-DISCOVERY COSTS

| TAB | DESCRIPTION | DATE | VENDOR | AMOUNT |
|---|---|---|---|---|
| 1. | Photocopies | 8/11/2009 – 5/17/2011 | Merrill Copy Services | $2,504.40 |
| 2. | Outside Copying Services | 12/10/2009 | On-Campus -Photocopy | $13.00 |
| 3. | Photocopies | 1/8/2010 – 3/1/2011 | Merrill Copy Services | $6.90 |
| 4. | Outside Copying Service | 2/4/2010 | | $5.00 |
| 5. | Outside Copying Service | 2/8/2010 | Ikon Office Solutions | $167.54 |
| 6. | Outside Copying Service | 2/8/2010 | ELitigation Solution, Inc. | $62.21 |
| 7. | TIFF, Database Conversion | 3/15/2010 | Gateway Acceptance Co. | $162.50 |
| 8. | Scanning D-W, OCR, CD Mastering | 7/12/2010 | Document Techs., Inc. | $156.27 |
| 9. | PDF Conversion, DVDs created, hours of technical time | 11/29/2010 | ELitigation Servs. Inc. | $827.62 |
| 10. | Data Scanning, TIFF, OCR, CD | 12/1/2010 | Discovery Resource | $6,382.53 |
| 11. | PDF Conversion – Image Only, DVDs Created Volume, hours of technical time | 12/6/2010 | ELitigation Solutions | $1,130.78 |
| 12 | EDD Processing, OCR, CD Master | 12/9/2010 | Ikon Office Solutions | $3,854.63 |
| 13 | Image Endorsement, Data Conversion | 12/31/2010 | Document Techs., Inc. | $1,397.38 |
| 14 | Scanning, IMG-OCR - CD Mastering | 1/17/2011 | Document Techs., Inc. | $118.53 |
| 15 | Outside Printing Services | 1/20/2011 | Gateway Acceptance Co. | $54.27 |
| 16. | Photocopies | 2/11/2011 & 2/25/2011 | Merrill Copy Services | $2.80 |
| 17. | Scanning, Blowbacks, OCR, CD Mastering | 2/22/2011 | Document Techs., Inc. | $1,623.98 |
| 18. | CD Media, TIFF | 2/22/2011 | Document Techs., Inc. | $35.05 |
| 19. | Scanning, Blowbacks, OCR, CD Mastering | 2/28/2011 | Document Techs., Inc. | $1,574.00 |
| 20. | EDD Media - Local & Manual Processing Services | 2/28/2011 | Document Techs., Inc. | $90.10 |
| 21. | Processing Local & Forensic Data Collection | 2/28/2011 | Document Techs., Inc. | $3,757.40 |
| 22. | OCR and PDF Conversion/ EDD Media | 3/8/2011 | Document Techs., Inc. | $91.74 |
| 23. | TIFF & Data Conversion & EDD Media | 3/15/2011 | Document Techs., Inc. | $129.31 |
| 24. | Processing Local & Forensic Data Collection | 3/31/2011 | Document Techs., Inc. | $4,856.14 |
| | | | **Total** | **$29,004.08** |

1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 8/11/2009 | 6474 | JASON A. CROTTY | 4 | 15 | 0.10 | 1.50 | Photocopies | 14067741 |
| 8/19/2009 | 9210 | ROBIN L. SEXTON | 4 | 8 | 0.10 | 0.80 | Photocopies | 14095337 |
| 8/26/2009 | 14787 | MATTHEW ALAN CHIVVIS | 4 | 59 | 0.10 | 5.90 | Photocopies | 14109987 |
| 8/28/2009 | 14787 | MATTHEW ALAN CHIVVIS | 4 | 58 | 0.10 | 5.80 | Photocopies | 14122831 |
| 8/31/2009 | 14787 | MATTHEW ALAN CHIVVIS | 4 | 107 | 0.10 | 10.70 | Photocopies | 14124977 |
| 9/8/2009 | 14787 | MATTHEW ALAN CHIVVIS | 4 | 392 | 0.10 | 39.20 | Photocopies | 14137547 |
| 9/8/2009 | 14787 | MATTHEW ALAN CHIVVIS | 4 | 284 | 0.10 | 28.40 | Photocopies | 14144168 |
| 9/14/2009 | 6474 | JASON A. CROTTY | 4 | 3 | 0.10 | 0.30 | Photocopies | 14151859 |
| 9/15/2009 | 6474 | JASON A. CROTTY | 4 | 268 | 0.10 | 26.80 | Photocopies | 14155096 |
| 10/26/2009 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 14315930 |
| 11/18/2009 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 14398531 |
| 12/7/2009 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 14480533 |
| 12/10/2009 | 6474 | JASON A. CROTTY | 4 | 1 | 0.10 | 0.10 | Photocopies | 14491042 |
| 12/11/2009 | 6474 | JASON A. CROTTY | 4 | 1 | 0.10 | 0.10 | Photocopies | 14497284 |
| 12/11/2009 | 6474 | JASON A. CROTTY | 4 | 42 | 0.10 | 4.20 | Photocopies | 14508975 |
| 12/14/2009 | 6474 | JASON A. CROTTY | 4 | 85 | 0.10 | 8.50 | Photocopies | 14508977 |
| 12/15/2009 | 6474 | JASON A. CROTTY | 4 | 85 | 0.10 | 8.50 | Photocopies | 14512765 |
| 12/17/2009 | 6474 | JASON A. CROTTY | 4 | 38 | 0.10 | 3.80 | Photocopies | 14533671 |
| 12/28/2009 | 6474 | JASON A. CROTTY | 4 | 5 | 0.10 | 0.50 | Photocopies | 14552225 |
| 1/8/2010 | 14787 | MATTHEW ALAN CHIVVIS | 4 | 404 | 0.10 | 40.40 | Photocopies | 14577258 |
| 1/13/2010 | 1565 | PAT WOLFE | 4 | 305 | 0.10 | 30.50 | Photocopies | 14588740 |
| 1/15/2010 | 11544 | DIANA B. KRUZE | 4 | 52 | 0.10 | 5.20 | Photocopies | 14612265 |
| 1/20/2010 | 14458 | MARK W. BARNES | 4 | 96 | 0.10 | 9.60 | Photocopies | 14620908 |
| 1/28/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 395 | 0.10 | 39.50 | Photocopies | 14645460 |
| 2/4/2010 | 6474 | JASON A. CROTTY | 4 | 4 | 0.10 | 0.40 | Photocopies | 14659087 |
| 2/5/2010 | 11544 | DIANA B. KRUZE | 4 | 8 | 0.10 | 0.80 | Photocopies | 14663265 |
| 2/9/2010 | 11820 | KATHERINE M. MENCHACA | 4 | 308 | 0.10 | 30.80 | Photocopies | 14680622 |
| 2/9/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 1,342 | 0.10 | 134.20 | Photocopies | 14684865 |
| 2/9/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 101 | 0.10 | 10.10 | Photocopies | 14706433 |
| 2/10/2010 | 11088 | KATE M. BOBOVSKI | 4 | 37 | 0.10 | 3.70 | Photocopies | 14706434 |
| 2/10/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 37 | 0.10 | 3.70 | Photocopies | 14706247 |
| 2/11/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 22 | 0.10 | 2.20 | Photocopies | 14709868 |
| 2/12/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 1 | 0.10 | 0.10 | Photocopies | 14709870 |
| 2/15/2010 | 11076 | CHIE NAKANO | 4 | 1 | 0.10 | 0.10 | Photocopies | 14710179 |
| 2/17/2010 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 14719307 |
| 2/24/2010 | 3157 | KATHIE MCEACHERN | 4 | 76 | 0.10 | 7.60 | Photocopies | 14739746 |
| 2/25/2010 | 3157 | KATHIE MCEACHERN | 4 | 249 | 0.10 | 24.90 | Photocopies | 14750294 |
| 3/1/2010 | 11544 | DIANA B. KRUZE | 4 | 102 | 0.10 | 10.20 | Photocopies | 14760568 |
| 3/1/2010 | 11544 | DIANA B. KRUZE | 4 | 20 | 0.10 | 2.00 | Photocopies | 14789109 |
| 3/1/2010 | 14652 | JESSICA E. TRENARY | 4 | 63 | 0.10 | 6.30 | Photocopies | 14760567 |
| 3/1/2010 | 14906 | YUMIKO BLACKWELL | 4 | 18 | 0.10 | 1.80 | Photocopies | 14760566 |
| 3/16/2010 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 14826134 |
| 3/18/2010 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 14832974 |
| 4/16/2010 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 14958392 |
| 4/19/2010 | 6474 | JASON A. CROTTY | 4 | 8 | 0.10 | 0.80 | Photocopies | 14980727 |
| 5/11/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 34 | 0.10 | 3.40 | Photocopies | 15033501 |
| 5/18/2010 | 11869 | JENNIFER YOSHIZU | 4 | 111 | 0.10 | 11.10 | Photocopies | 15068024 |
| 5/18/2010 | 11869 | JENNIFER YOSHIZU | 4 | 11 | 0.10 | 1.10 | Photocopies | 15069867 |
| 5/28/2010 | 2860 | REGINA C. ARCHULETA | 4 | 830 | 0.10 | 83.00 | Photocopies | 15101807 |
| 6/8/2010 | 2860 | REGINA C. ARCHULETA | 4 | 1 | 0.10 | 0.10 | Photocopies | 15125696 |
| 6/21/2010 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 15160969 |
| 7/2/2010 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 15215638 |
| 7/2/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 131 | 0.10 | 13.10 | Photocopies | 15219656 |
| 7/20/2010 | 14339 | JASON D. HALL | 4 | 1,545 | 0.10 | 154.50 | Photocopies | 15257305 |
| 7/21/2010 | 13886 | DENA SHAWN WELLS | 4 | 167 | 0.10 | 16.70 | Photocopies | 15329510 |

| Date | ID | Name | | Qty | Rate | Amount | Type | Ref |
|---|---|---|---|---|---|---|---|---|
| 7/22/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 484 | 0.10 | 48.40 | Photocopies | 15265783 |
| 7/28/2010 | 6474 | JASON A. CROTTY | 4 | 3 | 0.10 | 0.30 | Photocopies | 15298115 |
| 7/30/2010 | 13886 | DENA SHAWN WELLS | 4 | 301 | 0.10 | 30.10 | Photocopies | 15329509 |
| 8/4/2010 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 15317260 |
| 8/10/2010 | 6474 | JASON A. CROTTY | 4 | 1 | 0.10 | 0.10 | Photocopies | 15332872 |
| 9/8/2010 | 6474 | JASON A. CROTTY | 4 | 1 | 0.10 | 0.10 | Photocopies | 15422510 |
| 9/24/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 4 | 0.10 | 0.40 | Photocopies | 15481416 |
| 12/3/2010 | 13148 | ESTHER KIM | 4 | 919 | 0.10 | 91.90 | Photocopies | 15712046 |
| 12/9/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 193 | 0.10 | 19.30 | Photocopies | 15724844 |
| 12/9/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 320 | 0.10 | 32.00 | Photocopies | 15725161 |
| 12/9/2010 | 8544 | RACHAEL E. NOGUERA | 4 | (193) | 0.10 | (19.30) | Photocopies | 15725275 |
| 12/9/2010 | 8544 | RACHAEL E. NOGUERA | 4 | (127) | 0.10 | (12.70) | Photocopies | 15725281 |
| 12/10/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 252 | 0.10 | 25.20 | Photocopies | 15733919 |
| 12/12/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 80 | 0.10 | 8.00 | Photocopies | 15733920 |
| 12/28/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 108 | 0.10 | 10.80 | Photocopies | 15786772 |
| 12/29/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 122 | 0.10 | 12.20 | Photocopies | 15786773 |
| 12/29/2010 | 8544 | RACHAEL E. NOGUERA | 4 | 153 | 0.10 | 15.30 | Photocopies | 15790508 |
| 1/7/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 4 | 0.10 | 0.40 | Photocopies | 15800656 |
| 1/10/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 72 | 0.10 | 7.20 | Photocopies | 15809949 |
| 1/22/2011 | 13148 | ESTHER KIM | 4 | 1,916 | 0.10 | 191.60 | Photocopies | 15846710 |
| 1/24/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 4 | 0.10 | 0.40 | Photocopies | 15846452 |
| 1/25/2011 | 13148 | ESTHER KIM | 4 | 3 | 0.10 | 0.30 | Photocopies | 15852162 |
| 1/25/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 226 | 0.10 | 22.60 | Photocopies | 15852965 |
| 1/26/2011 | 13148 | ESTHER KIM | 4 | 459 | 0.10 | 45.90 | Photocopies | 15867880 |
| 1/26/2011 | 9210 | ROBIN L. SEXTON | 4 | 2 | 0.10 | 0.20 | Photocopies | 15852966 |
| 1/27/2011 | 13148 | ESTHER KIM | 4 | 1 | 0.10 | 0.10 | Photocopies | 15858954 |
| 2/2/2011 | 13148 | ESTHER KIM | 4 | 419 | 0.10 | 41.90 | Photocopies | 15875976 |
| 2/3/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 668 | 0.10 | 66.80 | Photocopies | 15877634 |
| 2/8/2011 | 13148 | ESTHER KIM | 4 | 6 | 0.10 | 0.60 | Photocopies | 15889480 |
| 2/8/2011 | 2860 | REGINA C. ARCHULETA | 4 | 567 | 0.10 | 56.70 | Photocopies | 15890368 |
| 2/14/2011 | 15715 | DEBORAH L. HARRIS | 4 | 12 | 0.10 | 1.20 | Photocopies | 15903241 |
| 2/16/2011 | 13148 | ESTHER KIM | 4 | 1,857 | 0.10 | 185.70 | Photocopies | 15930453 |
| 2/16/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 2 | 0.10 | 0.20 | Photocopies | 15910390 |
| 2/17/2011 | 13148 | ESTHER KIM | 4 | 13 | 0.10 | 1.30 | Photocopies | 15930210 |
| 2/18/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 394 | 0.10 | 39.40 | Photocopies | 15944076 |
| 2/23/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 1,090 | 0.10 | 109.00 | Photocopies | 15951650 |
| 2/24/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 3 | 0.10 | 0.30 | Photocopies | 15951374 |
| 2/25/2011 | 13148 | ESTHER KIM | 4 | 528 | 0.10 | 52.80 | Photocopies | 15959965 |
| 2/25/2011 | 9210 | ROBIN L. SEXTON | 4 | 108 | 0.10 | 10.80 | Photocopies | 15959752 |
| 2/28/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 3,234 | 0.10 | 323.40 | Photocopies | 15959753 |
| 3/1/2011 | 13148 | ESTHER KIM | 4 | 404 | 0.10 | 40.40 | Photocopies | 15960976 |
| 3/2/2011 | 13148 | ESTHER KIM | 4 | 2 | 0.10 | 0.20 | Photocopies | 15967808 |
| 3/3/2011 | 12292 | STEPHANIE A. LENKEY | 4 | 1 | 0.10 | 0.10 | Photocopies | 15971169 |
| 3/4/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 2 | 0.10 | 0.20 | Photocopies | 15974605 |
| 3/8/2011 | 13148 | ESTHER KIM | 4 | 844 | 0.10 | 84.40 | Photocopies | 16002144 |
| 3/8/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 193 | 0.10 | 19.30 | Photocopies | 16001917 |
| 3/8/2011 | 9210 | ROBIN L. SEXTON | 4 | 7 | 0.10 | 0.70 | Photocopies | 15982302 |
| 3/11/2011 | 13148 | ESTHER KIM | 4 | 120 | 0.10 | 12.00 | Photocopies | 16008951 |
| 3/11/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 2 | 0.10 | 0.20 | Photocopies | 16005172 |
| 3/14/2011 | 13148 | ESTHER KIM | 4 | 1,001 | 0.10 | 100.10 | Photocopies | 16022379 |
| 3/16/2011 | 6474 | JASON A. CROTTY | 4 | 5 | 0.10 | 0.50 | Photocopies | 16013680 |
| 3/23/2011 | 9210 | ROBIN L. SEXTON | 4 | 30 | 0.10 | 3.00 | Photocopies | 16043527 |
| 3/24/2011 | 8544 | RACHAEL E. NOGUERA | 4 | 247 | 0.10 | 24.70 | Photocopies | 16043090 |
| 4/13/2011 | 6474 | JASON A. CROTTY | 4 | 2 | 0.10 | 0.20 | Photocopies | 16097804 |
| 4/19/2011 | 6474 | JASON A. CROTTY | 4 | 10 | 0.10 | 1.00 | Photocopies | 16128433 |
| 5/10/2011 | 6474 | JASON A. CROTTY | 4 | 7 | 0.10 | 0.70 | Photocopies | 16195351 |

| 5/17/2011 | 6474 JASON A. CROTTY | 4 | 8 | 0.10 | 0.80 | Photocopies | 16227949 |
| | TOTALS | | 25,044 | | 2,504.40 | | |

**2**

Itemized

| Invoice # | Request Date | WTS # | Requester | Description | Reference | Copyright | Sub-total | Tax | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| 012123 | 12/10/2009 | 620915 | Kevin Lau | On-campus Photocopy | 45403-98-13235 | $   - | $  13.00 | $   - | $     13.00 |

**3**

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 1/8/2010 | 14787 | MATTHEW ALAN CHIVVIS | 19 | 4 | 0.10 | 0.40 | Color Copies | 14577259 |
| 2/2/2011 | 13148 | ESTHER KIM | 19 | 2 | 0.10 | 0.20 | Color Copies | 15875977 |
| 2/3/2011 | 4451 | LUCIA M. SARIO | 19 | 3 | 0.10 | 0.30 | Color Copies | 15877635 |
| 2/4/2011 | 4451 | LUCIA M. SARIO | 19 | 2 | 0.10 | 0.20 | Color Copies | 15889796 |
| 3/1/2011 | 13148 | ESTHER KIM | 19 | 58 | 0.10 | 5.80 | Color Copies | 15960977 |
| | | TOTALS | | 69 | | 6.90 | | |

**4**

RQ 09 - 0000682

## MORRISON & FOERSTER LLP

### PETTY CASH REQUEST FORM

RQ

REQUESTED BY:
EXTENSION:
OFFICE: Please select from the list of

| DATE | NUMBER | | DISB. CODE | EMP/TK. NUMBER | GL ACCOUNT | OFFICE | PERSONNEL TYPE | DEPARTMENT/ PRACTICE GROUP | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | CLIENT | MATTER | click here for list | | click here for list | | click here for list | click here for list | |
| Feb 4 10 | 45763 | 18 | | | | | | | $ 320 |
| | | | | | | | | | $ 452 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | TOTAL $ 772 |

NARRATIVE:
(IF CLIENT CHARGEABLE, THIS NARRATIVE WILL APPEAR ON THE CLIENT'S PRE-BILL)
PLEASE INCLUDE SUPPORTING MATERIAL WHEN AVAILABLE

Transportation fee to Lakesugata-mae ($320) + Copy fee ($452)

PAYMENT TO:

STREET ADDRESS

CITY                          STATE          ZIP CODE

FOR ACCOUNTING USE ONLY

EMP/TK.#
VENDOR NO.
VOUCHER NO.
TAX ID#
EMP/TK #  19289

APPROVAL SIGNATURE                      TITLE

PETTY CASH RECEIVED BY                  DATE   Feb 5 10

Tataka Nakamoto

T×T15

5

# IKON

**Office Solutions**
**Document Services**
Phone: ( 866 ) 233-4713

Federal ID # : 230334400

INVOICE

| | |
|---|---|
| Invoice # | SAF10020157 |
| Invoice Date | 02/08/2010 |
| Due Date | 03/10/2010 |
| Customer # | SAF-M700 |
| Order # | SONumber |

**TERMS: Net 30 Days**

SOLD TO:
MORRISON & FOERSTER
Julie Lucas, Accounting Manage
425 Market Street
SAN FRANCISCO, CA 94105

SHIP TO:
MORRISON & FOERSTER
Julie Lucas, Accounting Manage
425 Market Street
SAN FRANCISCO, CA 94105

| Order Date | Ordered BY | Reference / Case # | Account Manager |
|---|---|---|---|
| 2/8/2010 | RACHAEL NOGUERA | 45403 | Clausen, Katie |
| Reference 2 | 98 | Reference 3 | 8544 |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 569 | B&W Copies E-Glasswork | 900 | 0.1700 | 153.00 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable | 153.00 |
| Sales Tax | 14.54 |
| Non-Taxable: | .00 |
| Postage: | .00 |
| Delivery: | .00 |
| PAY THIS AMOUNT: | 167.54 |

Received and approved by:                                                          Date:

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From :

MORRISON & FOERSTER

Julie Lucas, Accounting Manage
425 Market Street
SAN FRANCISCO, CA 94105
Please Remit to:
IKON Office Solutions
Attn: National Accounts
P.O. Box 676466
Dallas, TX 75267-6466

Amount Enclosed

Invoice #   SAF10020157

| | |
|---|---|
| Invoice Date | 02/08/2010 |
| Customer # | SAF-M700 |
| Order # | SONumber |

| PAY THIS AMOUNT: | 167.54 |
|---|---|

3/3/2010 11:41:42 AM

**6**

**Invoice**

*eLit*

| | |
|---|---|
| Invoice Number: | 6384 |
| Invoice Date: | 2/9/2010 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

Bill To:

Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105-2482

Ship To:

Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105-2482

RACHAEL

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SF16258 | 45403-98 | Net 30 | 02/08/2010 | SB | Rachel Noguera |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Case Name: Northpoint | | |
| 299 | Pages of Glass-work Grade Copies | 0.19 | 56.81T |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your
client for payment. Under these circumstances, unless
other arrangements are made with eLit, the payment of
this invoice is the responsibility of the party this invoice
was sold to.

| | |
|---|---|
| Subtotal | $56.81 |
| Sales Tax (9.5%) | $5.40 |
| Total | $62.21 |

08544/RENI        45403.98

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE

Received/ Approved: X

7

 evolvediscovery

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/15/2010 | 802858 |

Accounts Receivable | 611 Mission Street, 4th Floor | San Francisco, CA 94105
Tax ID: 52-2167112

Phone: 415.398.8600    Fax: 1.866.488.1032

| BILL TO | SHIP TO |
|---------|---------|
| Morrison Foerster<br>Rachael Noguera<br>425 Market Street<br>San Francisco, CA 94105-2482 | Morrison Foerster<br>Rachael Noguera<br>425 Market Street<br>San Francisco, CA 94105-2482 |

| CLIENT MATTER NUMBER | TERMS | DUE DATE | REP | DELIVERY DATE |
|----------------------|-------|----------|-----|---------------|
| 45403\98 | Net 30 | 4/14/2010 | MF | 2/11/2010 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Case Name: Echostar | | |
| | 45409-98.rar - Full tiff process, CTRL in the order of original folders, and export to Concordance. | | |
| 0.36 | Full Electronic File/Document Loading Fee. Processing all supported files to Tiff (Included: De-Duplication by collection, metadata and full text extraction) per GB | 650.00 | 234.00 |
| 0.11 | Customer Courtesy discount per Pre-negociatd pricing | -650.00 | -71.50 |
| | Upload data CTRL_ECH_20100211 to FTP site | | |
| | Sales Tax | 9.50% | 0.00 |

*Renew database of documents produced with Defendants Echostar's Invalidity contention*

*8544/RENI*

| We appreciate your business!! | **TOTAL** | $162.50 |
|---|---|---|

I have authorized and received this order

*RACHAEL E NOGUERA*
Print Name

*Rachael S. Noguera*
Signature

*3/17/2010*

NOTICE OF ASSIGNMENT & PAYMENT INSTRUCTIONS
This invoice has been assigned to Gateway Acceptance Co.
ALL PAYMENTS MUST BE SENT DIRECTLY TO:
Gateway Acceptance Co
P.O. Box 4053  Concord, CA 94524
Payment to any other party, including your vendor, will not discharge your legal obligation to pay Gateway. If you question or dispute any part of this invoice, contact Gateway immediately at (925) 405-1513.

**8**



**Document Technologies, Inc.**

110 16th Street
Suite 601
Denver, CO  80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  535740

Invoice Date:  07/12/10

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO  80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO  80112

| | | |
|---|---|---|
| Customer ID | 15350 | |
| Terms | Net 60 Days | |
| SalesPerson | DEN GXC | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

| | | |
|---|---|---|
| Job No. | 10070084 | |
| ESI Project No. | | |
| Client / Matter No. | Northpoint | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 831 | Scanning D work - Heavy Lit | 0.13 | 108.03 |
| 831 | IMG - OCR | 0.04 | 33.24 |
| 1 | IMG - CD Mastering | 15.00 | 15.00 |
| | CTRL_ECH_N065512 - CTRL_ECH_N066342 | | |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 156.27 |
| Total Sales Tax: | 0.00 |
| Total: | 156.27 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA  31193-3435

**9**

**Invoice**

| | |
|---|---|
| Invoice Number: | 7946 |
| Invoice Date: | 11/29/2010 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

| Bill To: | Ship To: |
|---|---|
| Morrison & Foerster LLP | Morrison & Foerster LLP |
| 425 Market Street | 425 Market Street |
| San Francisco, Ca 94105-2482 | San Francisco, Ca 94105-2482 |

| Job No. | P.O./Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| SF17721 | 45403.98 | Net 30 | 11/24/2010 | CS | Michael Mercer |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Client Matter No.: 45403.98 | | |
| | Ordered By: Michael Mercer | | |
| | Job Description: Convert to TIFF | | |
| 28,291 | Pages of PDF Conversion | 0.02 | 565.82T |
| 1 | DVDs Created (NPT_DDE001) | 40.00 | 40.00T |
| 1 | Hours of Technical Time (Checking for color, native links, pulling folder names) | 150.00 | 150.00T |
| | Thank you for your business. | | |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was sold to.

| | |
|---|---|
| Subtotal | $755.82 |
| Sales Tax (9.5%) | $71.80 |
| **Total** | **$827.62** |

12/7/2010

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE

**Received/Approved: X** _[signature]_

_Heather Babkova_
_R._

**10**

Discovery Resource

# Invoice

1511 West 34th Street
Houston, Texas 77018
Ph: 713.223.3300
Fx: 713.228.3311

| DATE | INVOICE # |
|------|-----------|
| 12/1/2010 | 8697 |

| BILL TO | SHIP TO |
|---------|---------|
| Goldstein & Faucett<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027<br>Edward Goldstein | Goldstein & Faucett<br>1177 West Loop South, Suite 400<br>Houston, Texas 77027 |

| Job No. | TERMS | DUE DATE | REP | SHIP VIA | Client Matter No. | |
|---------|-------|----------|-----|----------|------|---|
| Nov032 | Due on receipt | 12/1/2010 | KC | Hand Delivery | NORTHPOINT | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 70,675 | Heavy/Glass Litigation Scan  8.5 x 11 | 0.18 | 12,721.50T |
| 70,675 | OCR (Text Files) | 0.04 | 2,827.00T |
| 1,497 | Digital Index Breaks | 0.65 | 973.05T |
| 70,675 | Bates Labels | 0.01 | 706.75T |
| 31 | CD Set-up & Burn | 10.00 | 310.00T |
| 2 | Dii Load File    Tech Time per hour | 75.00 | 150.00T |
|  | Sales Tax | 8.25% | 1,459.28 |

***As agreed by parties, 1/3 payment for each party will be in the amount of $6,382.53. Please remit payment to Discovery Resource.

Total Job: $19,147.58

| Thank you for your business. | **Total** | $19,147.58 |
|------------------------------|-----------|------------|

**Tax ID 76-0567987   Delivery fee wavied for all orders over $100.00**
Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 30 days.  Received By:_____  Date:_____

**11**

**eLit**

**Invoice**

| | |
|---|---|
| Invoice Number: | 7969 |
| Invoice Date: | 12/6/2010 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
6700 Koll Center Parkway #119
Pleasanton, CA 94566
(925) 271-2970

**Bill To:**

Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105-2482

**Ship To:**

Morrison & Foerster LLP
425 Market Street
San Francisco, Ca 94105-2482

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep. | Contact |
|---|---|---|---|---|---|
| SF17741 | 45403.98 | Net 30 | 12/02/2010 | CS | Rachel Noguera |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Client Matter No.: 45403.98 | | |
| | Volume: NPT_DDE002 | | |
| | Ordered By: Rachel Noguera | | |
| | Job Description: Convert to TIFF | | |
| 42,384 | Pages of PDF Conversion - Image Only | 0.02 | 847.68T |
| 1 | DVDs Created Volume #NPT_DDE002 | 35.00 | 35.00T |
| 1 | Hours of Technical Time (Checking for color, native links, pulling folder names) | 150.00 | 150.00T |
| | | | |
| | Thank you for your business. | | |

| | |
|---|---|
| Subtotal | $1,032.68 |
| Sales Tax (9.5%) | $98.10 |
| **Total** | $1,130.78 |

**PLEASE PAY FROM THIS INVOICE**

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was sold to.

Dec. 7, 2010

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE

Received/Approved: X _____

Heather R Bobkov

**12**

**INVOICE**

# IKON

**Office Solutions**
**Document Services**
Phone: ( 866 ) 233-4713

Federal ID # : 230334400

| | |
|---|---|
| Invoice # | HOU10120166 |
| Invoice Date | 12/09/2010 |
| Due Date | 01/08/2011 |
| Customer # | HOU-M700 |
| Order # | SONumber |

**TERMS: Net 30 Days**

SOLD TO:
MORRISON & FOERSTER
Julie Lucas, Accounting Manage
425 Market Street
SAN FRANCISCO, CA  94105

SHIP TO:
MORRISON & FOERSTER
Julie Lucas, Accounting Manage
425 Market Street
SAN FRANCISCO, CA  94105

| Order Date | Ordered BY | Reference / Case # | Account Manager |
|---|---|---|---|
| 12/9/2010 | JASON CROTTY | 45403 | ACCOUNT HOUSE |
| Reference 2 | 98 | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 721 | CD - Master(s) | 1 | 15.0000 | 15.00 |
| 737 | Color Imaging (per page) | 66 | 0.8000 | 52.80 |
| 895 | File Folder Capture | 85 | 0.2000 | 17.00 |
| 713 | Image Capture D-Heavy | 25753 | 0.1150 | 2961.60 |
| 717 | OCR | 25819 | 0.0300 | 774.57 |

Thank You for Using IKON Document Services

**PLEASE PAY FROM THIS INVOICE**

YOUR SIGNATURE IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| | |
|---|---|
| Taxable | 15.00 |
| Sales Tax: | 1.43 |
| Non-Taxable: | 3,805.97 |
| Postage: | .00 |
| Delivery: | 32.23 |
| PAY THIS AMOUNT: | 3,854.63 |

Received and approved by:                                               Date:

Please pay from this copy. The party named on this bill is held responsible for payment

Payment From :
MORRISON & FOERSTER
Julie Lucas, Accounting Manage
425 Market Street
SAN FRANCISCO, CA  94105

Amount Enclosed

Invoice #   HOU10120166

| | |
|---|---|
| Invoice Date | 12/09/2010 |
| Customer # | HOU-M700 |
| Order # | SONumber |

Please Remit to:
IKON Office Solutions
Attn: National Accounts
P.O. Box 676466
Dallas, TX  75267-6466

PAY THIS AMOUNT:          3,854.63

1/11/2011 3:29:08 PM

# 13



**Document Technologies, Inc.**

110 16th Street
Suite 601
Denver, CO 80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 564097

Invoice Date: 12/31/10

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112

| | | | |
|---|---|---|---|
| Customer ID | 15350 | Job No. | 10120233 |
| Terms | Net 60 Days | ESI Project No. | |
| SalesPerson | DEN GXC | Client / Matter No. | 45403-98 Northpoint Technology v. Ech |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 12,623 | Image Endorsement/Page | 0.01 | 126.23 |
| 12,623 | Subset TIFF Conversion/Page | 0.05 | 631.15 |
| 1.6 | TIFF & Data Conversion/GB | 400.00 | 640.00 |
| | Volume: CTRL_ECH_N070328 - CTRL_ECH_N082950 | | |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,397.38 |
| Total Sales Tax: | 0.00 |
| Total: | 1,397.38 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA 31193-3435

**14**



**Document Technologies, Inc.**

110 16th Street
Suite 601
Denver, CO 80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  566311

Invoice Date:  01/17/11

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112

| Customer ID | 15350 | | Job No. | 11010109 |
|---|---|---|---|---|
| Terms | Net 60 Days | | ESI Project No. | |
| SalesPerson | DEN GXC | | Client / Matter No. | Northpoint |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 609 | Scanning D work - Heavy Lit | 0.13 | 79.17 |
| 609 | IMG - OCR | 0.04 | 24.36 |
| 1 | IMG - CD Mastering | 15.00 | 15.00 |

Volume:  011311001
DISH_EFS0006864 - DISH_EFS0007472

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 118.53 |
| Total Sales Tax: | 0.00 |
| Total: | 118.53 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA  31193-3435

**15**


evolvediscovery

# Invoice

Accounts Receivable | 611 Mission Street, 4th Floor | San Francisco, CA 94105
Tax ID: 52-2167112

Phone: 415.398.8600     Fax: 1.866.488.1032

| DATE | INVOICE # |
|------|-----------|
| 1/20/2011 | 805698 |

| BILL TO | SHIP TO |
|---------|---------|
| Morrison Foerster<br>Attn:Jimmy Burke/Heather Bobkova<br>425 Market Street<br>San Francisco, CA 94105-2482 | Morrison Foerster<br>Jimmy Burke<br>425 Market Street<br>San Francisco, CA 94105 |

| CLIENT MATTER NUMBER | TERMS | DUE DATE | REP | DELIVERY DATE |
|----------------------|-------|----------|-----|---------------|
| 45403.98 | Net 30 | 2/19/2011 | MF | 1/19/2011 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Client Reference: 45403.98 | | |
| | Received "45409-98Print.zip" via E-Mail. | | |
| | Culbert01, Culbert02, Culbert03, and CRN 000001.pdf - Print Out x 1, Black and White, Double-sided, Loose, and Insert Blue Slipsheets per Document. (Label Slipsheets with BEGPRODBATE) | | |
| | PotExh. - Print Out x 3, Black and White, Double-sided, Loose, and Insert Blue Slipsheets per Document. (Label Slipsheets with BEGPRODBATE) | | |
| 708 | Digital Printing - Black and White | 0.07 | 49.56T |
| | Delivered Print Outs to Heather Bobkova on Wednesday, January, 19 2011.<br>Sales Tax | 9.50% | 4.71 |
| Thank you for your business!! | | | |

**TOTAL**   $54.27

I have received this order

_____

Print Name

_____

Signature

I have authorized this order

_____

Print Name

_____

Authorized Signature

NOTICE OF ASSIGNMENT & PAYMENT INSTRUCTIONS

This invoice has been assigned to Gateway Acceptance Co.
ALL PAYMENTS MUST BE SENT DIRECTLY TO:

Gateway Acceptance Co
P.O. Box 4053  Concord, CA 94524

Payment to any other party, including your vendor,
will not discharge your legal obligation to pay Gateway.
If you question or dispute any part of this invoice,
contact Gateway immediately at (925) 405-1513.

**16**

| Date | Initials | Name / Invoice Number | Code | Amount | Description | Cost Index |
|------|----------|----------------------|------|--------|-------------|------------|
| 2/11/2011 | 15715 | DEBORAH L. HARRIS | 43 | 1.40 | Outside Copying Svcs-Merrill | 15951543 |
| 2/25/2011 | 13148 | ESTHER KIM | 43 | 1.40 | Outside Copying Svcs-Merrill | 15961112 |
| | | **TOTAL** | | **2.80** | | |

# 17



**Document Technologies, Inc.**
110 16th Street
Suite 601
Denver, CO 80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 572050

Invoice Date: 02/22/11

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112

| | | | | |
|---|---|---|---|---|
| Customer ID | 15350 | | Job No. | 11020149 |
| Terms | Net 60 Days | | ESI Project No. | |
| SalesPerson | DEN GXC | | Client / Matter No. | North Point |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 3,344 | Scanning D work - Heavy Lit | 0.13 | 434.72 |
| 632 | Scanning - Color 8.5 x 11 | 0.45 | 284.40 |
| 3,334 | Blowbacks - B/W 8.5 X 11 | 0.07 | 233.38 |
| 632 | Blowbacks - Color 8.5 X 11 | 0.85 | 537.20 |
| 1 | IMG - CD Mastering | 15.00 | 15.00 |
| 3,976 | IMG - OCR | 0.03 | 119.28 |

CTRL_ECH_N099901 - CTRL_ECH_N103866

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,623.98 |
| Total Sales Tax: | 0.00 |
| Total: | 1,623.98 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA 31193-3435

**18**



**Document Technologies, Inc.**

110 16th Street
Suite 601
Denver, CO  80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  572907

Invoice Date:  02/22/11

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO  80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO  80112

| | | | |
|---|---|---|---|
| Customer ID | 15350 | Job No. | 11020236 |
| Terms | Net 60 Days | ESI Project No. | |
| SalesPerson | DEN GXC | Client / Matter No. | Northpoint |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | CD Media - (Mastering) | 15.00 | 15.00 |
| 385 | TIFF Conversion/Page | 0.05 | 19.25 |
| 0.002 | TIFF Conversion/GB | 400.00 | 0.80 |

DBS_REV0001055 - DBS_REV0001439

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 35.05 |
| Total Sales Tax: | 0.00 |
| Total: | 35.05 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA  31193-3435

**19**



### Document Technologies, Inc.

110 16th Street
Suite 601
Denver, CO 80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 573802

Invoice Date: 02/28/11

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112

| | | | |
|---|---|---|---|
| Customer ID | 15350 | Job No. | 11020255 |
| Terms | Net 60 Days | ESI Project No. | |
| SalesPerson | DEN GXC | Client / Matter No. | Northpoint |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 3,660 | Scanning D work - Heavy Lit | 0.13 | 475.80 |
| 350 | Scanning - Color | 0.90 | 315.00 |
| 3,660 | Blowbacks - B/W 8.5 X 11 | 0.08 | 292.80 |
| 350 | Blowbacks - Color 8.5 X 11 | 0.90 | 315.00 |
| 1 | IMG - CD Mastering | 15.00 | 15.00 |
| 4,010 | IMG - OCR | 0.04 | 160.40 |

CTRL_ECH_N10191.001 - CTRL_ECH_N113199

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,574.00 |
| Total Sales Tax: | 0.00 |
| Total: | 1,574.00 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA 31193-3435

**20**



**Document Technologies, Inc.**
110 16th Street
Suite 601
Denver, CO 80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 574386

Invoice Date: 02/28/11

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112

| | | | |
|---|---|---|---|
| Customer ID | 15350 | Job No. | 11020319 |
| Terms | Net 60 Days | ESI Project No. | |
| SalesPerson | DEN GXC | Client / Matter No. | Northpoint |
| SalesPerson 2 | | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **EDD Media - Local** | | |
| 1 | CD Media - (Mastering) | 10.00 | 10.00 |
| | **Processing - Local** | | |
| 0.5 | Manual Processing Services/Hr. | 135.00 | 67.50 |
| 315 | OCR Conversion/Page | 0.04 | 12.60 |

CTRL_ECH_N109191.001 - CTRL_ECH_N113199

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 90.10 |
| Total Sales Tax: | 0.00 |
| Total: | 90.10 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA 31193-3435

**21**



**Document Technologies, Inc.**
110 16th Street
Suite 601
Denver, CO  80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  575305

Invoice Date:  02/28/11

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO  80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO  80112

| Customer ID | 15350 | | Job No. | 11020225 |
|---|---|---|---|---|
| Terms | Net 60 Days | | ESI Project No. | |
| SalesPerson | DEN GXC | | Client / Matter No. | North Point |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 0.01 | TIFF & Data Conversion/Page | 400.00 | 4.00 |
| 4,997 | Subset TIFF Conversion/GB | 0.05 | 249.85 |
| | **Forensics - National** | | |
| 5.5 | Data Collection/Hr at Client Site | 350.00 | 1,925.00 |
| 1 | Expenses (As incurred) | 1,578.55 | 1,578.55 |

CTRL_ECH_N103975 – CTRL_ECH_N108971

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | | |
|---|---|---|
| Subtotal: | | 3,757.40 |
| Total Sales Tax: | | 0.00 |
| Total: | | 3,757.40 |

Accepted By: _____

**Remit To:**  Document Technologies, Inc.
PO Box 933435
Atlanta, GA  31193-3435

22



**Document Technologies, Inc.**
110 16th Street
Suite 601
Denver, CO  80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  576242

Invoice Date:  03/08/11

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO  80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO  80112

| | | |
|---|---|---|
| Customer ID | 15350 | |
| Terms | Net 60 Days | |
| SalesPerson | DEN GXC | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

| | | |
|---|---|---|
| Job No. | 11020017 | |
| ESI Project No. | | |
| Client / Matter No. | Northpoint | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 1,279 | OCR Conversion/Page | 0.04 | 51.16 |
| 1,279 | PDF Conversion/Page | 0.02 | 25.58 |
| | **EDD Media - Local** | | |
| 1 | CD Media - (Mastering) | 15.00 | 15.00 |
| | DISH_EFS0007473 - DISH_EFS0007574 | | |
| | DI_CTRL00355542 - DI_CTRL00356718 | | |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 91.74 |
| Total Sales Tax: | 0.00 |
| Total: | 91.74 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA  31193-3435

**23**



**Document Technologies, Inc.**
110 16th Street
Suite 601
Denver, CO 80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 576632

Invoice Date: 03/15/11

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO 80112

| | | | | |
|---|---|---|---|---|
| Customer ID | 15350 | Job No. | 11030109 | |
| Terms | Net 60 Days | ESI Project No. | | |
| SalesPerson | DEN GXC | Client / Matter No. | Northpoint | |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 1,633 | TIFF & Data Conversion/Page | 0.07 | 114.31 |
| | **EDD Media - Local** | | |
| 1 | CD Media - (Mastering) | 15.00 | 15.00 |
| | Volume:  030911001 | | |
| | DI_CTRL00357234 - DI_CTRL00358866 | | |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 129.31 |
| Total Sales Tax: | 0.00 |
| Total: | 129.31 |

Accepted By: _____

**Remit To:**  Document Technologies, Inc.
PO Box 933435
Atlanta, GA  31193-3435

**24**



**Document Technologies, Inc.**

110 16th Street
Suite 601
Denver, CO  80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  580994

Invoice Date:  03/31/11

Bill To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO  80112
Amy Conley

Ship To:
DISH Network
9601 South Meridian Boulevard
Englewood, CO  80112

| Customer ID | 15350 | | Job No. | 11020106 |
|---|---|---|---|---|
| Terms | Net 60 Days | | ESI Project No. | |
| SalesPerson | DEN GXC | | Client / Matter No. | Northpoint |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 1 | Manual Processing Services/Hr. | 135.00 | 135.00 |
| | **Forensics - National** | | |
| 10 | Data Collection/Hr. at Client Site | 350.00 | 3,500.00 |
| 1 | Expenses - (As incurred) | 1,221.14 | 1,221.14 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 4,856.14 |
| Total Sales Tax: | 0.00 |
| Total: | 4,856.14 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA  31193-3435

## EXHIBIT C

## COMPENSATION FOR COURT-APPOINTED SPECIAL MASTER

| TAB | DESCRIPTION | DATE | VENDOR | AMOUNT |
|-----|-------------|------|--------|--------|
| 1 | KOB Fee Statement | 3/7/2011 | Karl Bayer | $3,243.35 |
| 2. | KOB Fee Statement | 5/25/2011 | Karl Bayer | $2,546.67 |
| 3. | KOB  Fee Statement | 6/15/2011 | Karl Bayer | $520.00 |
| | | | Total | $6,310.02 |

sf-3012511

1

Page 1 of 1

**Crotty, Jason A.**

| | |
|---|---|
| **From:** | Alyson Chaky [alyson@karlbayer.com] |
| **Sent:** | Monday, March 07, 2011 12:26 PM |
| **To:** | Eva Ramos; Crotty, Jason A.; Alexander Mackinnon; Alisa Lipski; Corby Vowell; Ed Goldstein; Hamp Hampton Skelton; Guy Ruttenberg; Alexander Pilmer |
| **Cc:** | Karl Bayer |
| **Subject:** | Northpoint v. Dish Network and DirecTV; Special Master Invoice |

**Attachments:** twitter.png; ATT874102.htm; facebook.png; ATT874103.htm; linkedin.png; ATT874104.htm; 3.7.11.pdf; ATT874105.htm

Counsel,
I have attached below the Invoice for Mr. Bayer's services thru 3/7/11.  Please let me know if you have any questions, thank you.

Alyson Chaky  | Dispute Resolution Coordinator | 512-345-8537
8911 North Capital of Texas Highway | Austin, TX  78759
alyson@karlbayer.com | www.karlbayer.com |

http://www.karlbayer.com/blog/

3/8/2011

**KOB FEE STATEMENT**
Northpoint Technology, Ltd. v. The DirecTV Group, Inc.
through 3/7/11

| | | | |
|---|---|---|---|
| 1/17/11 | Review patent and pleadings | 2.70 | 1080.00 |
| 1/18/11 | Review claims construction briefs and exhibits | 3.50 | 1400.00 |
| 1/19/11 | Prepare and conduct initial teleconference | 1.00 | 400.00 |
| 2/10/11 | Review patent and pleadings; prepare for Tutorial | 1.40 | 560.00 |
| 2/11/11 | Tutorial Hearing | 2.00 | 800.00 |
| 2/28/11 | Review Markman briefs and MSJ briefs | 6.00 | 2400.00 |
| 2/28/11 | Review Markman briefs and MSJ briefs | 3.00 | 1200.00 |
| 3/02/10 | Review Markman briefs and MSJ briefs; prepare for hearings | 1.00 | 400.00 |
| 3/03/11 | Markman and MSJ hearings | 3.50 | 1400.00 |

**Sub Total:**                              24.10 hours @400.00 = $ 9,640.00

**EXPENSES:**

TC on 1/19/11                          $       87.04

**TOTAL:**                                  $ 9,727.04

*Dish pays 1/3 of this invoice.*

*45403/TF*

*$ 3243.35*

*ok to pay*

*6474/Jack*
*3/8/11*

*✱ Sent to Acct 3/9/11.*

**2**

**KOB FEE STATEMENT**
Northpoint Technology, Ltd. v. The DirecTV Group, Inc.
through 5/25/11

| | | | |
|---|---|---|---|
| 3/22/11 | Review various documents Re: Motion to Stay | 0.4 | 160.00 |
| 3/31/11 | Review Plaintiffs Supplemental CC Brief | 1.8 | 720.00 |
| 4/1/11 | Review Joint CC Chart and Defendant's post-hearing brief and record references | 5.5 | 2200.00 |
| 4/8/11 | Review Plaintiffs Responsive Supplemental CC Brief & Defendants Post-Hearing Brief | 2.7 | 1080.00 |
| 5/18/11 | Review MSJ, Response and Exhibits | 6.0 | 2400.00 |
| 5/19/11 | Conference with Court Re: Technical Matters | 2.0 | 800.00 |
| 5/23/11 | Review Draft MSJ for Technical Matters | 0.7 | 280.00 |

**Sub Total:**                    19.1 hours @400.00 = $7,640.00

**TOTAL:**                              ~~$7,640.00~~

$2,546.67

Approved for Payment of 1/3 of total amount
Please pay $2,546.67
Date:   5/25/2011
C/M #:   45403-98
Approved by:   Jason Crotty (6474)
Signature:   /s/ Jason Crotty

**3**

**Crotty, Jason A.**

| | |
|---|---|
| **From:** | Alyson Chaky [alyson@karlbayer.com] |
| **Sent:** | Wednesday, June 15, 2011 8:46 AM |
| **To:** | Diane Thayer; Amy Palafox; Alexander Mackinnon; Gerrish, Gina L.; Corby Vowell; Crotty, Jason A.; Hamp Hampton Skelton; Ed Goldstein; Alisa Lipski; Eva Ramos; Alexander Pilmer |
| **Cc:** | Karl Bayer |
| **Subject:** | Northpoint v. Dish Network; Special master Invoice thru 6/15/11 |
| **Attachments:** | KB Invoice_6.15.11.pdf; ATT990999.htm |

Counsel,

I have attached the most recent billing for Mr. Bayer's time.  The amount due from each party will be $520.00.  Please let me know if you have any questions, thank you.

Alyson Chaky  | Dispute Resolution Coordinator | 512-345-8537
8911 North Capital of Texas Highway | Austin, TX  78759
alyson@karlbayer.com | www.karlbayer.com |

http://www.karlbayer.com/blog/

*[handwritten: OK to pay this amount
45403/98]*

*[handwritten signature]*

*[handwritten: 6474/JACG      6/15/11]*

6/15/2011

**KOB FEE STATEMENT**
Northpoint Technology, Ltd. v. The DirecTV Group, Inc.
through 6/15/11

| | | | |
|---|---|---|---|
| 5/30/11 | Review Markman record | 1.90 | 760.00 |
| 6/03/11 | Conference with Court re technical matters and claims construction | 1.40 | 560.00 |
| 6/15/11 | Review Draft Claims Construction Order for Technical Matters | 0.60 | 240.00 |

**Sub Total:**    3.9 hours @400.00 = $1,560.00

**TOTAL:**    $1,560.00

/3

$520 –
DISH
portion