AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Northpoint Technology, LTD.,      )
                                        )
v.                     )    Case No.: 1:09-cv-00506-JRN
DIRECTV, Inc., et al.           )
                                        )

## BILL OF COSTS

Judgment having been entered in the above entitled action on    06/21/2011    against    Northpoint Technology   ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 5,171.31 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26,358.38 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,309.01 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| **TOTAL** | $  37,838.70 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

    [✓]    Electronic service          [ ]    First class mail, postage prepaid

    [ ]    Other:

    s/ Attorney:    _/s/ Alexander F. MacKinnon_

          Name of Attorney:  Alexander F. MacKinnon

For:                    DIRECTV, Inc.                    Date:    07/05/2011
                         *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
     *Clerk of Court*                           *Deputy Clerk*                *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2011, I am electronically filing the foregoing with the Clerk of the Court using the Case Management/Electronic Case Files ("CM/ECF") system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Edward W. Goldstein<br>Alisa A. Lipski<br>GOLDSTEIN & VOWELL, LLP<br>1177 West Loop South, Suite 400<br>Houston, TX 77027<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1737<br>E-mail: egoldstein@gviplaw.com<br>        alipski@gviplaw.com | Rachel Krevans<br>Jason A. Crotty<br>Matthew A. Chivvis<br>Heather Bobkova<br>MORRISON FOERSTER<br>425 Market St.<br>San Francisco, CA 94105<br>Telephone: (415) 268-6381<br>Facsimile: (415) 268-7522<br>E-mail: rkrevans@mofo.com<br>        jcrotty@mofo.com<br>        mchivvis@mofo.com<br>        hbobkova@mofo.com |
| Jonathan T. Suder<br>David A. Skeels<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, TX 76102<br>Telephone: (817) 334-0400<br>Facsimile: (817) 334-0401<br>E-mail: jts@fsclaw.com<br>        skeels@fsclaw.com<br><br>*ATTORNEYS FOR PLAINTIFF*<br>NORTHPOINT TECHNOLOGY, LTD. | *ATTORNEYS FOR ECHOSTAR*<br>*TECHNOLOGIES L.L.C. and*<br>*DISH NETWORK L.L.C.* |

s/ Eva C. Ramos
Eva C. Ramos

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| NORTHPOINT TECHNOLOGY, LTD, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>DIRECTV, INC, et. al., §<br>§<br>Defendants. §<br>§ | CAUSE NO. 1:09-cv-00506-JRN |

**DIRECTV, INC'S DECLARATION**
**AMY D. PALAFOX IN SUPPORT OF BILLS OF COSTS**

I, Amy D. Palafox, declare as follows:

1.     I am a Senior Legal Assistant at the law firm of Kirkland & Ellis LLP, counsel for Defendant DIRECTV, Inc. ("DIRECTV") in this case. I could and would testify competently to the matters stated herein if called to do so.

2.     On June 21, 2011, the Court entered final judgment in favor of Defendants. (ECF. No. 163.)

3.     DIRECTV is a "prevailing party" in this action because all of the asserted claims of the '636 Patent were found invalid due to anticipation, and Plaintiff's claims were dismissed with prejudice.

4.     Under Federal Rule of Civil Procedure 54(d)(1), DIRECTV is presumptively entitled to recover its taxable costs. Fed. R. Civ. P. 54(d)(1) ("[C]osts—other than attorney's fees—should be allowed to the prevailing party.").

5.     Allowable costs under Federal Rule of Civil Procedure 54(d)(1) are further identified in 28 U.S.C. §§ 1821, 1920, 1923. DIRECTV moves for the following costs, all of

which are allowable by law, are correctly stated, are documented, and were actually and necessarily performed or incurred during this litigation, including:

6.      **Fees for Reporters' Recorded Transcripts** in the amount of $5,171.31 (Exhibit A). These costs are taxable pursuant to 28 U.S.C. § 1920(2) as "fees for printed or electronically recorded transcripts necessarily obtained for use in the case." The January 24, 2011 and March 3, 2011 hearing transcripts were necessarily obtained to prepare DIRECTV's post-claim construction papers and record references for Special Master Bayer. Court reporters' fees for depositions were necessary to obtain original and/or certified copies of deposition transcripts and videotapes that would have been used in trial. DIRECTV noticed and deposed only those individuals reasonably believed to have information necessary for DIRECTV's defense, specifically one Rule 30(b)(6) deposition of the Plaintiff and a personal deposition of the prosecuting attorney of the patent-in-suit. These costs are also specifically documented and invoiced. These costs were paid by DIRECTV.

7.      **Paper Copies and Electronic Discovery Costs** in the amount of $26,358.38 (Exhibit B). These costs are taxable pursuant to 28 U.S.C. § 1920(3) and (4) and include the costs for paper copies and electronic scanning and production of documents. Paper copies were necessary to prepare for depositions and to serve copies on Plaintiff of DIRECTV's Invalidity Contentions served on February 12, 2010 and Supplemental Invalidity Contentions served on July 9, 2010. Electronic scanning and processing was used to produce documents to Plaintiff that Plaintiff requested in the case (in lieu of paper copies). Electronic scanning of documents was also necessary to collect documents from the client and to prepare DIRECTV's defenses. All the copies claimed in the costs were therefore necessarily obtained for use in the case. These costs are also specifically documented and invoiced. These costs were paid by DIRECTV.

Finally, the amount requested is reasonable, as DIRECTV produced over 104,000 pages of documents in this case.

      8.     **Compensation for Court-Appointed Discovery Master** in the amount of $6,309.01 (Exhibit C). These costs are taxable pursuant to 28 U.S.C. § 1920(6). On January 10, 2011, the Court appointed Mr. Karl Bayer as Special Master to schedule and review dispositive motions and claim construction papers, preside over the *Markman* hearing, and serve as a technical advisor to the Court. (ECF No. 106.) DIRECTV paid for one-third of the costs for the services Special Master Bayer performed. These costs are also specifically documented and invoiced.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is based on personal knowledge, and is true and correct to the best of my knowledge and belief. Executed this _6_ th day of July, 2011, at Los Angeles, California.

 

                                   _Amy D. Palafox_
                                   Amy D. Palafox

# EXHIBIT A

# EXHIBIT A

## FEES FOR RECORDED TRANSCRIPTS

| Tab | Description | Date | Vendor | Amount |
|---|---|---|---|---|
| 1 | 30(B)(6) Videotaped Deposition of Carmen A. Tawil (Original + 1) | 12/14/2010 | Julie A. Jordan & Co. | $1844.20 |
| 2 | Videotaped Deposition of Russell D. Culbertson (Original + 1) | 01/21/2011 | Julie A. Jordan & Co. | $2874.76 |
| 3 | Transcript of Proceedings; Magistrate Judge Robert Pitman (DIRECTV's Motion to Enforce the Court's Order that Northpoint Fully Respond to Interrogatory No. 6) | 01/04/2011 | Lily I. Reznik, USDC Court Reporter | 125.35 |
| 4 | Transcript of Proceedings (Summary Judgment & Markman Hearing) | 03/03/2011 | Lily I. Reznik, USDC Court Reporter | 327.00 |
| | | | **TOTAL** | **5,171.31** |

# TAB 1

# Julie A. Jordan & COMPANY



**BILL TO**

Mr. Alexander F. MacKinnon
KIRKLAND & ELLIS, LLP
335 South Hope Street
Los Angeles, CA 90071

INVOICE #

12/23/2010     10-259-1

| TERMS |
| --- |
| **Due on receipt** |

| DESCRIPTION | AMOUNT |
| --- | --- |
| In Re: Northpoint Technology, Ltd. vs. DirecTV, Inc., et al | |
| | |
| Oral/Videotaped Deposition of Northpoint Limited Through Carmen A. Tawil, | |
| Volume 1, taken 12/14/10 | |
| Original and One Copy | 765.00 |
| Exhibit Pages | 94.50 |
| Litigation Support | 40.00 |
| Administration Fee | 35.00 |
| Videotaping Services (MPEG1) | 646.50 |
| Delivery | 39.00 |

Tax ID #74-2889234

**GRAND TOTAL: $1,620.00**



BILL TO

Mr. R. Alexander Pilmer
KIRKLAND & ELLIS, L.L.P.
333 South Hope Street
Los Angeles, CA  90071

| DATE | INVOICE # |
|------|-----------|
| 1/31/2011 | 10-259-4 |

| TERMS |
|-------|
| **Due on receipt** |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| In Re:  Northpoint Technology, Ltd. vs. DirecTV, Inc., et al | |
| | |
| Oral/videotaped Deposition of Northpoint Limited Through Carmen A. Tawill, Volume 1, taken on 12/14/10 | |
| Videotaping Services *synch/conversion for LiveNote* | 199.20 |
| Postage and Handling | 25.00 |

Tax ID #74-2889234                                  **GRAND TOTAL:**   $224.20

4420 Marathon Boulevard • Austin, Texas 78756
(512) 451-8243 • Fax (512) 451-7583 • Toll Free (877) 851-8243
info@jordanreporting.com • www.jordanreporting.com

# TAB 2



BILL TO

Mr. R. Alexander Pilmer
KIRKLAND & ELLIS, L.L.P.
333 South Hope Street
Los Angeles, CA  90071

| DATE | INVOICE # |
|------|-----------|
| 1/25/2011 | 11-015-1 |

| TERMS |
|-------|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| In Re:  Northpoint Technology, Ltd. vs. DirecTV, Inc., et al | |
| | |
| Oral/Videotaped Deposition of Russell D. Culbertson, Volume 1, taken on 1/21/11 | |
| Original and One Copy | 1,634.00 |
| Exhibit Pages | 75.15 |
| Litigation Support | 40.00 |
| Administration Fee | 35.00 |
| Videotaping Services (MPEG1) *synch charge to be billed separately* | 817.00 |
| Postage and Handling | 70.81 |

Tax ID #74-2889234                              **GRAND TOTAL: $2,671.96**

4420 Marathon Boulevard • Austin, Texas 78756
(512) 451-8243 • Fax (512) 451-7583 • Toll Free (877) 851-8243
info@jordanreporting.com • www.jordanreporting.com



BILL TO

Mr. R. Alexander Pilmer
KIRKLAND & ELLIS, L.L.P.
333 South Hope Street
Los Angeles, CA  90071

| DATE | INVOICE # |
|------|-----------|
| 1/31/2011 | 11-015-4 |

| TERMS |
|-------|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| In Re:  Northpoint Technology, Ltd. vs. DirecTV, Inc., et al | |
| | |
| Oral/Videotaped Deposition of Russell D. Culbertson, Volulme 1, taken on 1/21/11 | |
| Videotaping Services *synch/conversion for LiveNote* | 202.80 |

Tax ID #74-2889234

**GRAND TOTAL:**   $202.80

4420 Marathon Boulevard • Austin, Texas 78756
(512) 451-8243 • Fax (512) 451-7583 • Toll Free (877) 851-8243
info@jordanreporting.com • www.jordanreporting.com

# TAB 3

# Lily I. Reznik, RPR, CRR

Official Court Reporter
United States District Court
Austin Division
200 West 8th Street, 2nd Floor
Austin, Texas 78701
(512)916-5564


Date:       January 7, 2011
Invoice No.:   11-501


Eva C. Ramos
Skelton & Woody
P.O. Box 1609
Austin, TX 78767-1609
(512) 651-7000
Fax: 512/651-7001
Email: eramos@skeltonwoody.co

Docket No. A 09-CA-506 JRN, Northpoint Technology, Ltd vs. The DirectTV Group, Inc., et al,
United States District Court, Western District of Texas, before the Honorable Robert L. Pitman.

Transcription of Motion Hearing, January 4, 2011.
(23 pages @ $5.45 per page.)


**Total  due:**      $ 125.35

SKELTON &  WOODY / OPERATING ACCOUNT                                          **23004**

    Lily Reznik                                                    1/7/2011
    Clt Exp:03                                                                    125.35


Frost Checking                                                                     125.35


598008 (7/10)

# TAB 4

**SKELTON & WOODY**
**OPERATING ACCOUNT**
P.O. BOX 1609
AUSTIN, TX 78767-1609
(512) 651-7000

THE FROST NATIONAL BANK
AUSTIN, TX 8761
30-009/1140

23141

3/10/2011

PAY TO THE
ORDER OF   Lily Reznik                                                                $  **654.00

Six Hundred Fifty-Four and 00/100************************************************************************   DOLLARS

Lily Reznik

Debbie Dunbar

MEMO

⑆023141⑆ ⑆114000093⑆    350009296⑆

---

SKELTON & WOODY / OPERATING ACCOUNT                                        23141

Lily Reznik                                         3/10/2011
Clt Exp:03                                                                654.00

*Markman hearing transcript
(expedited)*

Frost Checking                                                            654.00

# EXHIBIT B

# EXHIBIT B

## FEES FOR EXEMPLIFICATION
### *Paper Copies & E-Discovery Costs*

| Tab | Description | Date | Payee | Amount |
|-----|-------------|------|-------|--------|
| 1 | DIRECTV's Invalidity Contentions (2,343 pages x $.010 per page) | 02/12/2010 | K&E In-house printing/scanning | $234.30 |
| 2 | DIRECTV's Supplemental Invalidity Contentions (1233 pages x $0.10 per page) | 07/09/2010 | K&E In-house printing/scanning | $123.30 |
| 3 | DIRECTV Production (Volume DTV-NP001 Phase I) DTV-NP0000001 - DTV-NP0049000 (Imaging and Load Files, Tiff, OCR, Bates Endorsement, Labor) | 7/21/2010 | KNJ | $4993.73 |
| 4 | DIRECTV Production (Volume DTV-NP001 Phase II) DTV-NP0049001 - DTV-NP0092743 (Imaging and Load Files, Tiff, OCR, Bates Endorsement, Labor) | 07/21/10 | KNJ | $4887.34 |
| 5 | DIRECTV Production (Volume DTV-NP002) DTV-NP0092744 - DTV-NP0099726 (Imaging and Load Files, Native File Conversion to Tiff, OCR, Bates Endorsement, Labor) | 10/28/2010 | KNJ | $1034.68 |
| 6 | Northpoint Production of Kenyon & Kenyon Documents | 12/10/2010 | IKON | $3853.36 |
| 7 | DIRECTV Production Volumes DTV-NP001-DTV-NP002 (Native File Conversion to .Tiff & OCR) | 12/21/2010 | KNJ | $4968.28 |
| 8 | DIRECTV Production (Volumes DTV-NP003-004) | 12/21/2010 | KNJ | $1081.30 |

| Tab | Description | Date | Payee | Amount |
|---|---|---|---|---|
|  | DTV-NP0099727 - DTV-NP0100634 (Imaging and Load Files, Native File Conversion to Tiff, OCR, Bates Endorsement, Labor) |  |  |  |
| 9 | DIRECTV Production (Volume DTV-NP005) DTV-NP0100635 - DTV-NP0101379 (Imaging and Load Files, Native File Conversion to Tiff, OCR, Bates Endorsement, Labor) | 01/19/2011 | KNJ | $731.85 |
| 10 | DIRECTV Production (Volume DTV-NP006) DTV-NP0101380 - DTV-NP0103032 (Imaging and Load Files, OCR, Bates Endorsement, | 01/30/2011 | KNJ | $720.29 |
| 11 | Prepare witness files for attorney review re upcoming depositions of DIRECTV 30(B)(6) deponents | 02/03/2011 | K&E In-house printing/scanning | $2,686.00 |
| 12 | DIRECTV Production (Volumes DTV-NP007-DTV-NP008) DTV-NP0103033 - DTV-NP0103587 (Native File Conversion to Tiff, OCR, Bates Endorsement) | 02/21/2011 | KNJ | $82.24 |
| 13 | DIRECTV Production (Volumes DTV-NP009-DTV-NP010) DTV-NP0103588 - DTV-NP0104044 (Imaging and Load Files, Native File Conversion, Native Links to .xls files) | 02/27/11 | KNJ | $465.00 |
| 14 | DIRECTV Production (Volumes DTV-NP011) DTV-NP0104045 - DTV-NP0104058 (Imaging and Load Files and Load Files, OCR, Native Links to .xls files) | 03/14/2011 | KNJ | $282.70 |
| 15 | DIRECTV Production (Volumes DTV-NP009-DTV-NP011) DTV-NP0104045 - DTV-NP0104058 | 03/20/2011 | KNJ | $214.01 |

| Tab | Description | Date | Payee | Amount |
|-----|-------------|------|-------|--------|
|     | (Labor & DVD Burning) |      |       |        |
|     |             |      | TOTAL | $26,358.38 |

# TAB 1

FedEx Ship Manager - Print Your Label(s)                                    Page 1 of 1

From:   Origin ID: EMTA   (213) 680-8421
Amy Palafox
Kirkland & Ellis LLP
333 South Hope Street
Suite 2900
Los Angeles, CA 90071



Ship Date: 12FEB10
ActWgt: 10.0 LB
CAD: 5972777/INET3010

Delivery Address Bar Code



SHIP TO:   (713) 677-1515        BILL SENDER
**Edward Goldstein, Alisa Lipski**
**Goldstein, Faucett & Prebeg, LLP**
**1177 WEST LOOP S STE 400**

**HOUSTON, TX 77027**

Ref #   35755-41
Invoice #
PO #
Dept #



TRK#   7932 6789 3159
0201

MON - 15 FEB   A1
STANDARD OVERNIGHT

77027
TX-US

SF WHTA                              IAH

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.
Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2010 FedEx

https://www.fedex.com/shipping/shipAction.handle?method=doContinue                    2/12/2010

 Print page | Close ⊗

# FedEx®

## Detailed Results

| Tracking no.: 793267893159 | Select time format: **12H** |
|---|---|

### Delivered

**Delivered**
Signed for by: T.SCHOPPE

| Shipment Dates | Destination |
|---|---|
| Ship date   Feb 13, 2010 | HOUSTON, TX |
| Delivery date   Feb 15, 2010 2:05 PM | Signature Proof of Delivery |

### Shipment Facts

| Service type | Standard Overnight | Delivered to | Receptionist/Front Desk |
|---|---|---|---|
| Weight | 26.0 lbs/11.8 kg | Reference | 35755-41 |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Feb 15, 2010 2:05 PM | Delivered | HOUSTON, TX | |
| Feb 15, 2010 7:42 AM | On FedEx vehicle for delivery | HOUSTON, TX | |
| Feb 15, 2010 7:37 AM | At local FedEx facility | HOUSTON, TX | |
| Feb 15, 2010 2:10 AM | At dest sort facility | HOUSTON, TX | |
| Feb 14, 2010 3:20 PM | In transit | MEMPHIS, TN | |
| Feb 14, 2010 3:17 PM | Departed FedEx location | MEMPHIS, TN | |
| Feb 14, 2010 11:21 AM | Arriv      ed at FedEx location | MEMPHIS, TN | |
| Feb 13, 2010 5:43 PM | Left FedEx origin facility | HOLLYWOOD, CA | |
| Feb 13, 2010 11:03 AM | Pick      ed up | LOS ANGELES, CA | Tendered at FedEx Kinko's, now FedEx Office |
| Feb 12, 2010 5:58 PM | Shipment information sent to FedEx | | |

# TAB 2

```
Session B - [24 x 80]
File  Edit  View  Communication  Actions  Window  Help
```

```
COSTDETA                      Cost Record Detail

Client.........        35755   The DIRECTV Group, Inc.
Sub Client.....  000           The DIRECTV Group, Inc.
Matter.........           41   Northpoint Technology, L
Sub-Matter.....  E107          Delivery Services/Messen
Working Atty...  99999         Mailroom
Service Code...  01802         Overnight Delivery
Group.........   0043135
Item Number....  00047
Trans Date.....  7/09/2010
Posted Date....  7/21/2010
Trans Cost Amt.     47.43
Voucher Number.  000000000     Payee.........

                 Narrative
                 Overnight Delivery, Fed Exp to:Alisa Lips
                 Stephen Schlath,HOUSTON TX from:AMY PALAF
F1=Help  F3=Exit  F4=Prompt  F12=Cancel  F14=Message
```

```
MA      B
I902 - Session successfully started
```

1

# TAB 3

# KNJ
## Consulting Litigation Support | Group INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 07/21/2010 | KNJ-2010-1524 |
| TERMS | DUE DATE |
| Net 15 | 08/05/2010 |

**BILL TO**

Kirkland & Ellis
333 South Hope Street
Los Angeles, CA  90071

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $4,993.73 | |

✄   Please detach top portion and return with your payment.   ✄

| | Client Billing | EIN 26-0466045 | Requested By |
|---|---|---|---|
| | Directv-North Point | - | Amy Palafox |

| Service | Activity | Quantity | Rate | Amount |
|---------|----------|----------|------|--------|
| Imaging | • Imaging | 4160 | 0.145 | 603.20T |
| | (Jones Day Documents) | | | |
| | TEMP-NP-JD-028528 - TEMP-NP-JD-032687 | | | |
| | Capture Bates number branded on each page | | | |
| OCR | • OCR | 4160 | 0.05 | 208.00T |
| Bate labels | • Endorsing | 4160 | 0.015 | 62.40T |
| Labor - Production | • Labor - Production | 3.7 | 40.00 | 148.00T |
| | Remove branded bates numbers from Original Documents | | | |
| Imaging | • Imaging Color | 197 | 0.50 | 98.50T |
| | • Northpoint Production Phase 1 | | | |
| Imaging | • Imaging | 49000 | 0.07 | 3,430.00T |
| | DTV-N0000001 - DTV-N0049000 | | | |

| | | |
|---|---|---|
| SUBTOTAL | | $4,550.10 |
| TAX (9.75%) | | $443.63 |
| TOTAL | | $4,993.73 |

KNJ Consulting Group Inc  9903 Santa Monica Blvd, Beverly Hills, CA 90212  Tel: 310.234.1001          EIN # 26-0466045

# TAB 4

# Invoice

## KNJ
### Consulting Litigation Support | Group INC.

| DATE | INVOICE # |
|------|-----------|
| 07/21/2010 | KNJ-2010-1525 |
| **TERMS** | **DUE DATE** |
| Net 15 | 08/05/2010 |

**BILL TO**

Kirkland & Ellis
333 South Hope Street
Los Angeles, CA  90071

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $4,887.34 | |

>< Please detach top portion and return with your payment. ><

| | Client Billing | EIN 26-0466045 | Requested By |
|---|---|---|---|
| | Directv-North Point | - | Amy Palafox |

| Service | Activity | Quantity | Rate | Amount |
|---------|----------|----------|------|--------|
| | • Northpoint Production Phase 2 | | | |
| Imaging | • Imaging | 43743 | 0.07 | 3,062.01T |
| | DTV-N0049001 - DTV-N0092743 | | | |
| Bate labels | • Endorsing | 92743 | 0.015 | 1,391.15T |
| | With Confidential Markings and Production Numbers | | | |
| OCR | • No Charge Production OCR | 0 | 0.05 | 0.00T |

| | | |
|---|---|---|
| SUBTOTAL | | $4,453.16 |
| TAX (9.75%) | | $434.18 |
| TOTAL | | $4,887.34 |

KNJ Consulting Group Inc  9903 Santa Monica Blvd, Beverly Hills, CA 90212  Tel: 310.234.1001          EIN # 26-0466045

# TAB 5

# KNJ
### Consulting
### Litigation Support | Group INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/28/2010 | KNJ-2010-1791 |
| TERMS | DUE DATE |
| Net 15 | 11/12/2010 |

**BILL TO**

Kirkland & Ellis
333 South Hope Street
Los Angeles, CA  90071

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $1,034.68 | |

*Please detach top portion and return with your payment.*

| | Client Billing | EIN 26-0466045 | Requested By |
|---|---|---|---|
| | Directv-Northpoint | - | Venjo Lickhalter \ Amy Palafox |

| Service | Activity | Quantity | Rate | Amount |
|---------|----------|----------|------|--------|
| | • DIRECTV-Northpoint Production DTV-NP-002 DTV-NP0092744 - DTV-NP0099726 | | | |
| Imaging | • Imaging | 6983 | 0.12 | 837.96T |
| Bate labels | • Endorsing | 6983 | 0.015 | 104.75T |
| OCR | • OCR (No Charge) | 1 | 0.05 | 0.05T |

| | | |
|---|---|---|
| SUBTOTAL | | $942.76 |
| TAX (9.75%) | | $91.92 |
| TOTAL | | $1,034.68 |

KNJ Consulting Group Inc  9903 Santa Monica Blvd, Beverly Hills, CA 90212  Tel: 310.234.1001        EIN # 26-0466045

# TAB 6

Page 1 of 1

 **Document Efficiency At Work.**
A IKON COMPANY

# INVOICE

| | |
|---|---|
| Invoice # | HOU10120165 |
| Invoice Date: | 12/09/2010 |
| Due Date: | 01/08/2011 |
| Terms: | Net 30 Days |
| Customer Code: | HOU-00EN |
| Natl ID: | 18928 |

IKON Office Solutions - Houston, TX
Phone: (713) 250-2679   Fax: (713) 250-2600
Federal ID:   230334400

**BILL TO:**
KIRKLAND & ELLIS
300 NORTH LASALLE
CHICAGO, IL 60654

**SHIP TO:**
KIRKLAND & ELLIS
300 NORTH LASALLE
CHICAGO, IL 60654

Attn: AMY PALAFOX

Price using: KIRKLAND & ELLIS Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 35755-41 | | | WILL DENT |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1012-0054 | 12/03/2010 | AMY PALAFOX - KIRKLAND & ELLIS | | | |
| *713 | Image Capture D-Heavy | | 25,753.00 | 0.1150 | 2,961.60 |
| *737 | Color Imaging (per page) | | 65.00 | 0.8000 | 52.00 |
| *895 | File Folder Capture | | 85.00 | 0.2000 | 17.00 |
| *717 | OCR | | 25,818.00 | 0.0300 | 774.54 |
| *721 | CD - Master(s) | | 1.00 | 15.0000 | 15.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| Non-Taxable: | 3,820.14 |
| Postage: | 0.00 |
| Delivery: | 33.22 |
| **PAY THIS AMOUNT** $ | 3,853.36 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO.

Received and Accepted by: *Amy Palafox*   Date: 12/10/10

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
KIRKLAND & ELLIS
300 NORTH LASALLE
CHICAGO, IL 60654

| Amount Enclosed |
|---|
| $ |

Invoice: HOU10120165
Invoice Date: 12/09/2010
Due Date: 01/08/2011
Customer Code: HOU-00EN
Natl ID: 18928

**Please Remit To:**
IKON Office Solutions
Dallas District - HOU
P O Box 676466
Dallas, TX 75267-6466

**PAY THIS AMOUNT** $ 3,853.36

# TAB 7

# Invoice

| | |
|---|---|
| DATE | INVOICE # |
| 12/21/2010 | KNJ-2010-1947 |
| TERMS | DUE DATE |
| Net 15 | 01/05/2011 |

**KNJ Consulting Litigation Support | Group INC.**

**BILL TO:**
Kirkland & Ellis
333 South Hope Street
Los Angeles, CA 90071

| AMOUNT DUE | ENCLOSED |
|---|---|
| $4,968.28 | |

✄ Please detach top portion and return with your payment. ✄

| CLIENT Billing | EIN 26-0466045 | | Requested By |
|---|---|---|---|
| Directv-Northpoint | - | | Amy Palafox |

| Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| Native File Conv | • Production volumes NPT-001 & NPT-002<br>• Native File Conversion to Tiff<br>70,675 Pages<br>14,730 Records<br>Capture File Folder Paths | 50299 | 0.05 | 2,514.95T |
| OCR | • OCR | 50299 | 0.04 | 2,011.96T |

| | | |
|---|---|---|
| SUBTOTAL | | $4,526.91 |
| TAX (9.75%) | | $441.37 |
| TOTAL | | |

KNJ Consulting Group Inc  9903 Santa Monica Blvd, Beverly Hills, CA 90212  Tel: 310.234.1001      EIN # 26-0466045

# TAB 8

# Invoice

**KNJ** Consulting Litigation Support | **Group INC.**

| DATE | INVOICE # |
|---|---|
| 12/21/2010 | KNJ-2010-1948 |

| TERMS | DUE DATE |
|---|---|
| Net 15 | 01/05/2011 |

**BILL TO:**

Kirkland & Ellis
333 South Hope Street
Los Angeles, CA  90071

| AMOUNT DUE | ENCLOSED |
|---|---|
| $1,081.30 | |

Please detach top portion and return with your payment:

| Client Billing | EIN 26-0466045 | | Requested By |
|---|---|---|---|
| Directv-Northpoint | - | | Amy Palafox |

| Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| | • Production Volume DTV-NP-003 & DTV-NP004 | | | |
| Imaging | • Imaging DTV-NP0099727 - DTV-NP0100634 | 908 | 0.12 | 108.96T |
| OCR | • OCR | 908 | 0.05 | 45.40T |
| Bate labels | • Endorsing | 908 | 0.015 | 13.62T |
| CD Burning | • CD Burning (5 Sets of 2 Production) | 10 | 25.00 | 250.00T |
| | • Review Volume TEMP-NP-001 | | | |
| Imaging | • Imaging | 2684 | 0.12 | 322.08T |
| Imaging | • Imaging 11 x 17 | 16 | 0.35 | 5.60T |
| Oversize | • Oversize Black & White | 40 | 0.95 | 38.00T |
| Oversize | • Oversize Color | 8 | 6.00 | 48.00T |
| | • Data posted to Kirkland Drop Box | | | |
| | • Redacted Volume Exported from Clearwell | | | |
| Native File Conv | • Native File Conversion to Tiff | 2194 | 0.07 | 153.58T |
| | • Volume posted the Kirkland Drop Box | | | |

| | |
|---|---|
| SUBTOTAL | $985.24 |
| TAX (9.75%) | $96.06 |
| TOTAL | $1,081.30 |

# TAB 9

# KNJ
### Consulting Litigation Support | Group Inc.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 01/19/2011 | KNJ-2011-48 |

| TERMS | DUE DATE |
|-------|----------|
| Net 15 | 02/03/2011 |

**BILL TO:**
Kirkland & Ellis
333 South Hope Street
Los Angeles, CA  90071

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $731.85 | |

✂ · Please detach top portion and return with your payment. ✂

| Client Billing | EIN 26-0466045 | | Requested By |
|----------------|----------------|---|--------------|
| Directv\Northpoint | - | | Amy Palafox |

| SERVICE | ITEM | Study | Quantity | Rate | Amount |
|---------|------|-------|----------|------|--------|
| | • Directv Production DTV-NP-005 | | | | |
| Imaging | • Imaging | | 745 | 0.12 | 89.40T |
| OCR | • OCR | | 745 | 0.05 | 37.25T |
| Endorsing | • Endorsing | | 745 | 0.015 | 11.18T |
| CD Burning | • CD Burning | | 4 | 25.00 | 100.00T |
| | • External Drive DTV-NP0000001 – DTV-NP0099726 | | | | |
| CD Burning | • External 250 GB Drive | | 1 | 149.00 | 149.00T |
| Labor - Production | • Labor - Production (Export images, OCR & Load Files) | | 1.7 | 150.00 | 255.00T |
| CD Burning | • CD Burning (Selective PDF Files) | | 1 | 25.00 | 25.00T |

| | |
|---|---|
| SUBTOTAL | $666.83 |
| TAX (9.75%) | $65.02 |
| TOTAL | |

KNJ Consulting Group Inc  9903 Santa Monica Blvd, Beverly Hills, CA 90212  Tel: 310.234.1001          EIN # 26-0466045

# TAB 10

# Invoice

## KNJ
Consulting Litigation Support | **Group INC.**

| DATE | INVOICE # |
|---|---|
| 01/30/2011 | KNJ-2011-98 |

| TERMS | DUE DATE |
|---|---|
| Net 15 | 02/14/2011 |

**BILL TO**
Kirkland & Ellis
333 South Hope Street
Los Angeles, CA  90071

| AMOUNT DUE | ENCLOSED |
|---|---|
| $3,350.29 | |

✄ Please detach top portion and return with your payment. ✄

| Client Billing | File: 26-0466045 | Requested By |
|---|---|---|
| DirecTV-Northpoint | - | Amy Palafox |

| Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| | • DIRECTV-Northpoint Clearwell Review | | | |
| Fyi - Clearwell D | • Fyi-Clearwell Data Storage | 1 | 2,000.00 | 2,000.00T |
| | Price Per Gig of Hosted Data | | | |
| | Flat Rate | | | |
| | February | | | |
| Labor - Productio | • Labor - Clearwell Request | 4.2 | 150.00 | 630.00T |
| | Searches | | | |
| | Foldering | | | |
| | Search Request | | | |
| | • Production Volume DTV-NP-006 | | | |
| Imaging | • Imaging (Pulled via CSV) | 1653 | 0.07 | 115.71T |
| OCR | • OCR | 1653 | 0.05 | 82.65T |
| Endorsing | • Endorsing | 1653 | 0.015 | 24.80T |
| Labor - Productio | • Labor - Production | 2.1 | 95.00 | 199.50T |
| | Restore images from Rembrandt productions | | | |
| | Pull requested images | | | |
| | Remove previous branding | | | |
| | xrf | | | |
| | • Data posted to the Kirkland Drop Box | | | |

| | | |
|---|---|---|
| SUBTOTAL | $3,052.66 |
| TAX (9.75%) | $297.63 |
| TOTAL | $3,350.29 |

KNJ Consulting Group Inc  9903 Santa Monica Blvd, Beverly Hills, CA 90212  Tel: 310.234.1001          EIN # 26-0466045

# TAB 11



Simone Moody/Los
Angeles/Kirkland-Ellis
01/31/2011 04:35 PM

To   #LA Reprographics

cc

bcc

Subject   RUSH Print Job Needed for DIRECTV 35755-41

| Who | | Date | Time | WS | CS | Subject |
|---|---|---|---|---|---|---|
| Simone Moody | | 01/31/2011 | 04:35 PM | | | RUSH Pri |

Good Afternoon,

Please print the documents in each file path below, double-sided and stapled. You can clip or rubber band each set together - whatever is easiest. Please put post-its on each set with the name in order to differentiate. This is a rush job. Employee # 40544. Please contact me with any questions.

Thank You.

\\kirkland.com\fs\la\dat\00710_REPRO\0005_DIGIT\files\Simone\2011_1_31 DIRECTV DOCS\Bob Rathaus

\\kirkland.com\fs\la\dat\00710_REPRO\0005_DIGIT\files\Simone\2011_1_31 DIRECTV DOCS\Joe Santoru

\\kirkland.com\fs\la\dat\00710_REPRO\0005_DIGIT\files\Simone\2011_1_31 DIRECTV DOCS\Tom Ito

*Simone Moody*
Kirkland & Ellis LLP | 333 S. Hope Street | Los Angeles, CA 90071
(213) 680-8267 **Direct** | (213) 680-8500 **Fax**

**TAB 12**

# KNJ
### Consulting
### Litigation Support | Group INC.

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 02/21/2011 | KNJ-2011-158 |

| TERMS | DUE DATE |
|-------|----------|
| Net 15 | 03/08/2011 |

**BILL TO**
Kirkland & Ellis
333 South Hope Street
Los Angeles, CA  90071

| AMOUNT DUE | ENCLOSED |
|------------|----------|
| $82.24 | |

✂  Please detach top portion and return with your payment.  ✂

| Client Billing | EIN 26-0466045 | Requested By |
|----------------|----------------|--------------|
| DIRECTV-Northpoint | - | Amy Palafox |

| Service | Activity | Quantity | Rate | Amount |
|---------|----------|----------|------|--------|
| | • Production Volumes DTV-NP-007 - DTV-NP-008 | | | |
| Native File Conv | • Native File Conversion to tiff images | 555 | 0.07 | 38.85T |
| OCR | • OCR | 555 | 0.05 | 27.75T |
| Endorsing | • Endorsing | 555 | 0.015 | 8.33T |
| | • Data posted to Kirkland Drop Box | | | |

| | |
|---|---|
| SUBTOTAL | $74.93 |
| TAX (9.75%) | $7.31 |
| TOTAL | |

# TAB 13

# KNJ
**Consulting**
**Litigation Support** | **Group INC.**

# Invoice

| DATE | INVOICE # |
|---|---|
| 02/27/2011 | KNJ-2011-180 |

| TERMS | DUE DATE |
|---|---|
| Net 15 | 03/14/2011 |

**BILL TO:**
Kirkland & Ellis
333 South Hope Street
Los Angeles, CA  90071

| AMOUNT DUE | ENCLOSED |
|---|---|
| $4,228.91 | |

✂ Please detach top portion and return with your payment. ✂

| Client Bill to | P.O. No. / Job # | Requested By |
|---|---|---|
| DirecTV-Northpoint | - | Amy Palafox |

| Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| | • DIRECTV-Northpoint Clearwell Review | | | |
| Fyi - Clearwell D | • Fyi-Clearwell Data Storage | 1 | 2,000.00 | 2,000.00T |
| | Price Per Gig of Hosted Data | | | |
| | Flat Rate | | | |
| | March | | | |
| Labor - Production | • Labor – Clearwell Request | 6.7 | 150.00 | 1,005.00T |
| | Searches | | | |
| | Foldering | | | |
| | Search Request | | | |
| Digital Printing | • Digital Printing | 4258 | 0.09 | 383.22T |
| | Clearwell Witness Files | | | |
| Imaging | • Imaging (DTV-NP-009 – DTV-NP-010) | 3.1 | 150.00 | 465.00T |
| | Tiff Images | | | |
| | Native Links to xls Files | | | |
| | Pull Images from Production | | | |
| | Create New Volumes | | | |
| | • Volumes posted to Kirkland Drop Box | | | |

| | |
|---|---|
| SUBTOTAL | $3,853.22 |
| TAX (9.75%) | $375.69 |
| TOTAL | $4,228.91 |

KNJ Consulting Group Inc  9903 Santa Monica Blvd, Beverly Hills, CA 90212  Tel: 310.234.1001          EIN # 26-0466045

# TAB 14

# Invoice

**KNJ**
Consulting
Litigation Support | **Group INC.**

| DATE | INVOICE # |
|---|---|
| 03/14/2011 | KNJ-2011-225 |

| TERMS | DUE DATE |
|---|---|
| Net 15 | 03/29/2011 |

**BILL TO**

Kirkland & Ellis
333 South Hope Street
Los Angeles, CA  90071

| AMOUNT DUE | ENCLOSED |
|---|---|
| $379.30 | |

✄  Please detach top portion and return with your payment.  ✄

| Client Billing | EIN 26-0466045 | Requested By |
|---|---|---|
| Directv-Northpoint | - | Amy Palafox |

| Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| Native File Conv | • Native File Conversion to tiff images<br>Volume DTV001<br>Create Concordance load files<br>Dat & OPT | 1380 | 0.07 | 96.60T |
| OCR | • OCR<br>• Production Volumes<br>DTV-NP-010 & DTV-NP-011 | 1380 | 0.05 | 69.00T |
| Labor - Production | • Labor - Production<br>Create Native links to xls files<br>Extract Text from Files<br>Create images and load files | 1.2 | 150.00 | 180.00T |
| | | | SUBTOTAL | $345.60 |
| | | | TAX (9.75%) | $33.70 |
| | | | TOTAL | $379.30 |

KNJ Consulting Group Inc  9903 Santa Monica Blvd, Beverly Hills, CA 90212  Tel: 310.234.1001          EIN # 26-0466045

# TAB 15

# KNJ
### Consulting Litigation Support | Group INC.

# Invoice

| DATE | INVOICE # |
|---|---|
| 03/20/2011 | KNJ-2011-234 |

| TERMS | DUE DATE |
|---|---|
| Net 15 | 04/04/2011 |

**BILL TO:**
Kirkland & Ellis
333 South Hope Street
Los Angeles, CA  90071

| AMOUNT DUE | ENCLOSED |
|---|---|
| $214.01 | |

>< Please detach top portion and return with your payment. ><

| Client Billing | EIN 26-5466045 | | Requested By |
|---|---|---|---|
| DIRECTV\Northpoint | - | | Amy Palafox |

| Service | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| Labor – Production | • Labor – Production (Export DTV-NP-009 – DTV-NP011) (PDF and Native xls files) | 0.6 | 150.00 | 90.00T |
| CD Burning | • DVD Burning | 3 | 35.00 | 105.00T |

| | |
|---|---|
| SUBTOTAL | $195.00 |
| TAX (9.75%) | $19.01 |
| TOTAL | $214.01 |

KNJ Consulting Group Inc  9903 Santa Monica Blvd, Beverly Hills, CA 90212  Tel: 310.234.1001

EIN # 26-0466045

# EXHIBIT C

**EXHIBIT C**

**FEES FOR COURT-APPOINTED SPECIAL MASTER**
*Special Master Karl O. Bayer*

| Tab | Description | Date | Amount |
|---|---|---|---|
| 1 | KOB Fee Statement | 03/09/2011 | 3,242.35 |
| 2 | KOB Fee Statement | 05/25/2011 | 2,546.66 |
| 3 | KOB Fee Statement | 06/15/2011 | 520.00 |
| | | **TOTAL** | **6,309.01** |

# TAB 1

**KOB FEE STATEMENT**

Northpoint Technology, Ltd. v. The DirecTV Group, Inc.

through 3/7/11

| | | | |
|---|---|---|---|
| 1/17/11 | Review patent and pleadings | 2.70 | 1080.00 |
| 1/18/11 | Review claims construction briefs and exhibits | 3.50 | 1400.00 |
| 1/19/11 | Prepare and conduct initial teleconference | 1.00 | 400.00 |
| 2/10/11 | Review patent and pleadings; prepare for Tutorial | 1.40 | 560.00 |
| 2/11/11 | Tutorial Hearing | 2.00 | 800.00 |
| 2/28/11 | Review Markman briefs and MSJ briefs | 6.00 | 2400.00 |
| 2/28/11 | Review Markman briefs and MSJ briefs | 3.00 | 1200.00 |
| 3/02/10 | Review Markman briefs and MSJ briefs; prepare for hearings | 1.00 | 400.00 |
| 3/03/11 | Markman and MSJ hearings | 3.50 | 1400.00 |

**Sub Total:**                    24.10 hours @400.00 = $ 9,640.00

**EXPENSES:**

TC on 1/19/11                    $       87.04

**TOTAL:**                    **$ 9,727.04**

# TAB 2

**KOB FEE STATEMENT**

Northpoint Technology, Ltd. v. The DirecTV Group, Inc.

through 5/25/11

| | | | |
|---|---|---|---|
| 3/22/11 | Review various documents Re: Motion to Stay | 0.4 | 160.00 |
| 3/31/11 | Review Plaintiffs Supplemental CC Brief | 1.8 | 720.00 |
| 4/1/11 | Review Joint CC Chart and Defendant's post-hearing brief and record references | 5.5 | 2200.00 |
| 4/8/11 | Review Plaintiffs Responsive Supplemental CC Brief & Defendants Post-Hearing Brief | 2.7 | 1080.00 |
| 5/18/11 | Review MSJ, Response and Exhibits | 6.0 | 2400.00 |
| 5/19/11 | Conference with Court Re: Technical Matters | 2.0 | 800.00 |
| 5/23/11 | Review Draft MSJ for Technical Matters | 0.7 | 280.00 |

**Sub Total:**                 19.1 hours @400.00 = $7,640.00

**TOTAL:**            **$7,640.00**    1/3 =

2542546.66

# TAB 3



| | Alyson Chaky <alyson@karlbayer.com> | | Diane Thayer <DThayer@gviplaw.com>, Amy Palafox |
|---|---|---|---|
| | 06/15/2011 08:46 AM | To | <apalafox@kirkland.com>, Alexander Mackinnon <amackinnon@kirkland.com>, "Gerrish, Gina L." |
| | | cc | Karl Bayer <karl@karlbayer.com> |
| | | bcc | |
| | | Subject | Northpoint v. Dish Network; Special master Invoice thru 6/15/11 |

1 attachment

KB Invoice_6.15.11.pdf

Counsel,

I have attached the most recent billing for Mr. Bayer's time.  The amount due from each party will be $520.00.  Please let me know if you have any questions, thank you.

Alyson Chaky  | Dispute Resolution Coordinator | 512-345-8537
8911 North Capital of Texas Highway | Austin, TX  78759
alyson@karlbayer.com | www.karlbayer.com |

http://www.karlbayer.com/blog/

**KOB FEE STATEMENT**
Northpoint Technology, Ltd. v. The DirecTV Group, Inc.
through 6/15/11

| | | | |
|---|---|---|---|
| 5/30/11 | Review Markman record | 1.90 | 760.00 |
| 6/03/11 | Conference with Court re technical matters and claims construction | 1.40 | 560.00 |
| 6/15/11 | Review Draft Claims Construction Order for Technical Matters | 0.60 | 240.00 |

**Sub Total:**                    3.9 hours @400.00 = $1,560.00


**TOTAL:**                    **$1,560.00**