FILED
JUN 20 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

RECEIVED
JUN 20 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTHPOINT TECHNOLOGY, LTD.,**
*Plaintiff-Appellant,*

**v.**

**DIRECTV, INC.,**
*Defendant-Appellee,*

**AND**

**DISH NETWORK LLC AND ECHOSTAR TECHNOLOGIES, LLC,**
*Defendants-Appellees.*

---

2011-1524

---

Appeal from the United States District Court for the Western District of Texas No. 09-CV-0506, Judge James R. Nowlin.

---

## JUDGMENT

---

ALISA A. LIPSKI, Goldstein & Lipski, PLLC, of Houston, Texas, argued for the plaintiff-appellant. With her on the brief was EDWARD W. GOLDSTEIN.

ALEXANDER F. MACKINNON, Kirkland & Ellis, LLP, of Los Angeles, California, argued for all defendants-appellees. With him on the brief were R. ALEXANDER PILMER; and DENNIS J. ABDELNOUR, of Washington, DC, for defendant-appellee DirecTV, Inc. Of counsel was GUY RUTTENBERG, of Los Angeles, California.

RACHEL KREVANS, Morrison & Foerster, LLP, of San Francisco, California, for defendants-appellees, Dish Network LLC and EchoStar Technologies, LLC. With her on the brief were JASON A. CROTTY, MATTHEW A. CHIVVIS, and DIANA B. KRUZE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 11, 2012
Date

Jan Horbaly /JB
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 1 1 2012
JAN HORBALY
CLERK

Issued as Mandate: JUN 1 8 2012
COSTS:
Printing ............ $ 905.60
Total ............ $ 905.60

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 6/18/12

FORM 24. Bill of Costs

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date:

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): A: 2011-1524 Caption: B: NORTHPOINT TECH v. DIRECTV

The Clerk is requested to tax the following costs against: C: Northpoint Tech., Ltd.

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | D: | | | |
| Table of Designated Materials (original) | xxxxx | E: | F: | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | G: | H: | | 0.08 | | |
| Brief (original) | xxxxx | E: | | 6.00 | | |
| Brief (cover and binding) | G: | xxxxx | | 2.00 | | |
| Brief (copying and collating) | G: | H: | | 0.08 | | |
| Appendix (original - table of contents) | xxxxx | E: | | 6.00 | | |
| Appendix (covers and binding) | G: | xxxxx | | 2.00 | | |
| Appendix (copying and collating) | G: | H: | | 0.08 | | |
| Reply Brief (original) | xxxxx | E: | | 6.00 | | |
| Reply Brief (covers and binding) | G: | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | G: | H: | | 0.08 | | |
| Other (describe): | I: | J: | Stipulated Costs | | $572.00 | |
| GRAND TOTALS | | | | | $572.00 | 572.00 |

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 25 2012
JAN HORBALY
CLERK

6/18/12

City/County of Los Angeles ) District/State of California ) SS

I, K: Alexander F. MacKinnon, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: May 24, 2012 Attorney for: L: DIRECTV, Inc.

Reset Fields

## CERTIFICATE OF SERVICE

I, Amy D. Palafox, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Kirkland & Ellis LLP, 333 South Hope Street, Los Angeles, California 90071.

On May 24, 2012, I served the forgoing list of document(s) on the interested parties in this action as follows:

1. **DIRECTV, INC.'S BILL OF COSTS**

☒ **[U.S. Mail]:** I placed the document(s) listed above in sealed envelopes addressed to the parties mentioned below with postage thereon fully prepaid in the United States mail at Los Angeles, California addressed as set forth below. I am familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

Alisa A. Lipski
Goldstein & Vowell, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1737

*Counsel for Plaintiff-Appellant Northpoint Technology, Ltd.*

Jason A. Crotty
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for Defendants-Appellees Dish Network, LLC and Echostar Technologies, LLC*

☒ **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed May 24, 2012, at Los Angeles, California.

Amy D. Palafox
Amy D. Palafox

KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

RECEIVED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 25 2012
JAN HORBALY
CLERK

333 South Hope Street
Los Angeles, California 90071

(213) 680-8400

www.kirkland.com

Alexander F. MacKinnon
To Call Writer Directly:
(213) 680-8432
alexander.mackinnon@kirkland.com

Facsimile:
(213) 680-8500

May 24, 2012

**Via Federal Express**

Mr. Jan Horbaly, Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place NW, Rm. 401
Washington, D.C. 20439

Re: *Northpoint Technology, Ltd. v. DIRECTV, Inc.*
Case No. 2011-1524

Dear Mr. Horbaly:

On behalf of Defendant-Appellee, DIRECTV, enclosed for filing in the above-referenced appeal is an original and four copies of DIRECTV's Bill of Costs.

Please date-stamp the extra set for my files and return it to me in the enclosed self-addressed, stamped envelope. If you have any questions, please feel free to contact me at your convenience.

Sincerely,

Alexander F. MacKinnon

AFM/km

Enclosures

cc: Counsel of Record

Form 24

FORM 24. Bill of Costs

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
By: Date:
CERTIFIED COPY
2012 MAY 25 PM 1:35
FEDERAL CIRCUIT

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): A: 2011-1524 Caption: B: NORTHPOINT TECH V. DIRECTV

The Clerk is requested to tax the following costs against: C: NORTHPOINT TECH

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | D: | | | |
| Table of Designated Materials (original) | xxxxx | E: | F: | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | G: | H: | | 0.08 | | |
| Brief (original) | xxxxx | E: | | 6.00 | | |
| Brief (cover and binding) | G: | xxxxx | | 2.00 | | |
| Brief (copying and collating) | G: | H: | | 0.08 | | |
| Appendix (original - table of contents) | xxxxx | E: | | 6.00 | | |
| Appendix (covers and binding) | G: | xxxxx | | 2.00 | | |
| Appendix (copying and collating) | G: | H: | | 0.08 | | |
| Reply Brief (original) | xxxxx | E: | | 6.00 | | |
| Reply Brief (covers and binding) | G: | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | G: | H: | | 0.08 | | |
| Other (describe): stipulated costs | I: | J: | | | $333.60 | 333.60 |
| GRAND TOTALS | | | | | $333.60 | |

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 25 2012
JAN HORBALY
CLERK

Cert 6/1/12

City/County of San Francisco ) District/State of California ) SS

I, K: Matthew A. Chivvis, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: 5/24/12 Attorney for: L: DISH NETWORK LLC and ECHOSTAR TECH. LLC

Reset Fields

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2012 one copy of the Bill of Costs was served via U.S. mail, first class-postage pre-paid, upon each of the following counsel:

Edward W. Goldstein
Alisa A. Lipski
GOLDSTEIN & LIPSKI, P.L.L.C.
1177 West Loop South, Suite 400
Houston, TX 77027

*Counsel for Plaintiff-Appellant*
*Northpoint Technology, Ltd.*

Alexander F. MacKinnon
Alexander R. Pilmer
Guy Ruttenberg
KIRKLAND & ELLIS LLP
333 S. Hope Street
Los Angeles, CA 90071

*Counsel for Defendant-Appellee*
*DIRECTV, Inc.*

Dennis J. Abdelnour
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Rachael E. Noguera
Paralegal
Morrison & Forester LLP
*Counsel for Defendants-Appellees*
*Dish Network LLC and*
*EchoStar Technologies, LLC*